**PROBATE COURT OF HAMILTON COUNTY, OHIO**

**RALPH WINKLER, JUDGE**

**ENTERED**
**Feb 26 2021**
**IMAGE NO. 165**

**GUARDIANSHIP OF** KENNETH SCHMIDT

**CASE NO.** 2017001567

## ENTRY TERMINATING GUARDIANSHIP

Upon consideration of the guardian's application to terminate the guardianship, the Court finds that there is no further need for the guardianship to remain open. Therefore, it is ordered that the guardianship be terminated forthwith.

- [x] The guardian shall file a final account by April 30, 2021 .
- [ ] Guardianship of the person only to continue with Letters of Authority issued forthwith.

The Court further ORDERS: that the hearing of March 16, 2021, on the termination of the guardianship is hereby VACATED.

Ralph Winkler By:krosen
Ralph Winkler, Probate Judge

Karen D Rosen
Karen D. Rosen
**MAGISTRATE**

**FILED**
**COURT OF COMMON PLEAS, PROBATE**
**RALPH WINKLER, JUDGE**
**26 Feb 2021 PM 02:55**
**CONFIRMATION # 1022869**

**EXHIBIT**
C
tabbies