IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| ATLANTIC COAST LIFE INSURANCE COMPANY, | : : : | Case No. 1:25-cv-706 |
| Plaintiff, | : : | Judge Matthew W. McFarland |
| v. | : : | |
| DENISE GAWAJEK, et al., | : : | |
| Defendants. | : | |

## CALENDAR ORDER

This matter is before the Court following an initial conference by phone on March 16, 2026.  Pursuant to the filing of the Rule 26(f) Report by the parties on March 10, 2026 (Doc. 18), this case shall proceed as follows:

1. Deadline for motion to amend pleadings/add parties:  **August 15, 2026**

2. Disclosure of non-expert (fact) witnesses:  **September 15, 2026**

3. Deadlines for disclosure of expert witnesses and submission of expert reports:
   - Plaintiff's expert report(s):  **September 18, 2026**
   - Defendants' expert report(s):  **October 30, 2026**

4. Discovery deadline:  **December 15, 2026**

5. Dispositive motions deadline:  **February 13, 2027**

**IT IS SO ORDERED.**          UNITED STATES DISTRICT COURT
                               SOUTHERN DISTRICT OF OHIO

                               By:  _/s/ Matthew W. McFarland_
                                    JUDGE MATTHEW W. McFARLAND