**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| **ATLANTIC COAST LIFE INSURANCE COMPANY**,<br><br>Plaintiff,<br><br>v.<br><br>**DENISE GAWAJEK, et al.**,<br><br>Defendants. | **Case No. 1:25-cv-00706**<br><br>**Judge McFarland**<br><br>**NOTICE OF FILING DECLARATION OF JEFFREY NYE** |

Please take notice of the filing of the Declaration of Jeffrey Nye, regarding the attached medical records of decedent Ken Schmidt.

Respectfully submitted,

/s/ *Jeffrey M. Nye*
Jeffrey M. Nye (0082247)
SSP LAW Co., L.P.A.
2623 Erie Avenue
Cincinnati, Ohio 45208
Tel. (513) 533-6714
Fax (513) 533-2999
jmn@sspfirm.com
***Attorney for Defendant Loretta A. Schmidt***