# Declaration of Jeffrey Nye

1. I am counsel for defendant Loretta Schmidt in Southern District of Ohio case no. 1:25-cv-00706.
2. In their Rule 26(f) report to the Court (doc. 18) the parties indicated that they expected the Hamilton County (Ohio) Probate Court to issue letters of authority to obtain the medical records of decedent Ken Schmidt.
3. Defendant Kelly Hesketh, who was nominated as the executrix of the estate of Ken Schmidt, applied for and obtained that authority from the probate court in March of 2026.
4. On June 5, 2026, Kelly Hesketh, through her counsel Chris Mulvaney, produced to the parties copies of Ken Schmidt's medical records as obtained from Riverhills Neurology or Riverhills Neuroscience.
5. A complete copy of those medical records, as produced to counsel, is attached to this declaration.
6. No other medical records have been produced to the declarant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 17, 2026.

*/s/ Jeffrey M. Nye*

Jeffrey M. Nye