# Riverhills Neurology Fourth Floor
# Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Kenneth Schmidt | **Visit Date:** | May 21, 2019 |
| **Patient ID:** | 203797 | **Provider:** | Colin Zadikoff, MD |
| **Sex:** | Male | **Location:** | Riverhills Neurology Fourth Floor |
| **Birthdate:** | January 16, 1938 | **Location Address:** | 4805 Montgomery Rd<br>Suite 410<br>Cincinnati, OH 452122280 |
| **Primary Care Provider:** | Ronald M. Gall MD | | |
| **Referring Provider:** | Ronald M. Gall MD | **Location Phone:** | (513) 241-2370 |

## Chief Complaint

- Alzheimers disease

## History Of Present Illness

Ken was seen for follow-up today. He was accompanied by his ex-wife. She indicates that he has done very well on his current medications. She has not noted any deterioration in his memory. He remains on donepzil and memantine. They wish to continue with those as we have no idea whether he would deteriorate off the medications. He does not feel like he has any deterioration. His essential tremor is doing well on primidone 250mg daily. The sertraline works well at night.

## Past Medical History

Alzheimer disease; Alzheimer's dementia with behavioral disturbance; Anxiety; Arthritis; Arthritis; Cancer; Dementia due to another general medical condition, without behavioral disturbance; Dementia due to general medical condition; Depression; Fatigue; Heart disease; Low back pain; Tremor, essential

## Past Surgical History

** Other (please specify); Appendectomy; Knee Replacement; Open Heart; Shoulder surgery; Tonsillectomy

## Medication List

amlodipine 2.5 mg oral tablet; aspirin 81 mg oral tablet,delayed release (DR/EC); B-100 Complex oral tablet; C-500 oral; chromium picolinate 200 mcg oral tablet; Co Q-10 200 mg oral capsule; donepezil 10 mg oral tablet; memantine 10 mg oral tablet; primidone 250 mg oral tablet; sertraline 25 mg oral tablet; simvastatin oral; Soy Formula 500-200-45 mg-unit-mg oral tablet

## Allergy List

NO KNOWN DRUG ALLERGIES

## Family Medical History

Cancer; Heart disease; Arthritis; BleedingDisorder

## Social History

Alcohol (Light); Divorced; Illicit drugs (Never); Lives in house, condo or apartment; Lives with Significant Other; Retired; Tobacco (Never)

## Review of Systems

**All Others Negative**

## Vitals

| Date | Time | BP | Position | Site | L\R | Cuff Size | HR | RR | TEMP (F) | WT | HT | BMI kg/$m^2$ | BSA $m^2$ | O2 Sat |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/21/2019 | 03:09 PM | 138/75 | Sitting | | | | 59 - R | | | 172lbs 0oz | 5' 7" | 26.94 | 1.92 | |

## Physical Examination

**Constitutional**
- **Appearance** : The patient is well-nourished.
- **Behavioral observations** : The patient is pleasant, alert and cooperative.

**Neck**
- **General findings** : The neck appears normal. There are no masses or tenderness.

**Respiratory**
- **Auscultation of Lungs** : Chest is clear to auscultation.

**Cardiovascular**
- **Auscultation of Heart** : Rate is regular and no murmurs are heard.
- **Peripheral Vascular System** : Pulses are normal bilaterally and no carotid bruits are heard.

**Integument and Lymphatics**
- **Skin** : There are no rashes.

**Neurologic**
- **Mental Status Examination** : Higher cerebral functions are intact. Memory is quite good. Fund of knowledge is good and affect is appropriate.
- **Cranial Nerves** : Visual fields are full to confrontation. Funduscopic examination is normal. Extra-ocular movements are within normal limits and no nystagmus is seen. Pupils were equal and reactive. Facial sensation is normal bilaterally. Muscles of facial expression are normal. Hearing is intact bilaterally. Palate elevates in the midline and tongue is central. Shoulder shrug is normal.
- **Motor Strength, Bulk, Tone** : Strength is normal bilaterally. There is no pronator drift. Bulk is normal.
- **Motor Function** : Posture and coordination are normal. There are no involuntary movements.
- **Cerebellar Function** : There is no limb ataxia.
- **Reflexes** : Muscle stretch reflexes are normal bilaterally. There is no Babinski reflex.
- **Sensation** : Light touch and pin-prick are intact. Vibration and position sense are intact.
- **Gait and Station** : Gait is normal.

## Assessment

- Depression 311/F32.9
- Tremor, essential 333.1/G25.0
  He has almost no tremor at present.
- Dementia arising in the senium and presenium 294.8/F03.90

## Plan

**Medications**
- primidone 250 mg oral tablet
  SIG: take 1 tablet by oral route daily for 90 days
  DISP: (90) tablets with 2 refills
  **Adjusted on 05/21/2019**

**Instructions**
- Continue on his current medications.
- Will probably need to be seen in about 6 months.

**Disposition**
- Return Visit Request in/on 6 months +/- 2 days (210336).

**Correspondence**
- CC this document (Ronald M. Gall MD) - 05/21/2019

[Digital Signature Validated]

**Electronically Signed by:** Colin Zadikoff, MD -Author on May 21, 2019 04:02:14 PM

# Riverhills Neurology Fourth Floor
# Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Kenneth Schmidt | **Visit Date:** | November 18, 2019 |
| **Patient ID:** | 203797 | **Provider:** | John P. Kachoris, MD |
| **Sex:** | Male | **Location:** | Riverhills Neurology Fourth Floor |
| **Birthdate:** | January 16, 1938 | **Location Address:** | 4805 Montgomery Rd<br>Suite 410<br>Cincinnati, OH 452122280 |
| **Primary Care Provider:** | Ronald M. Gall MD | **Location Phone:** | (513) 241-2370 |
| **Referring Provider:** | Ronald M. Gall MD | | |

## Chief Complaint

- Problems with memory

## History Of Present Illness

Follow-up visit. Kenneth H. Schmidt was last seen in the office on 05/21/2019. He is here with his Son, Jeff, AND EX-WIFE Loretta.

-

- Prior pt of Dr. Zadikoff with whom he followed for dementia and essential tremor
- He was last seen on 5/21/19 and at that time was doing well with both his tremor and cognitive decline on primidone, donepezil, and memantine
- He feels that he has memory has declined over time but neither he nor his family feel
- He has no problem remembering things from the distant past
- He has trouble with short term memory
- He does not repeat questions very much
- He seems to have difficulty with remembering a sequence of events or instructions
- He does not exhibit any bizzare or dangerous behaviors; no hallucinations
- He is overall able to manage his ADLs

## Past Medical History

Alzheimer disease; Alzheimer's dementia with behavioral disturbance; Anxiety; Arthritis; Arthritis; Cancer; Dementia due to another general medical condition, without behavioral disturbance; Dementia due to general medical condition; Depression; Fatigue; Heart disease; Low back pain; Tremor, essential

## Past Surgical History

** Other (please specify); Appendectomy; Knee Replacement; Open Heart; Shoulder surgery; Tonsillectomy

## Medication List

| Name | Date Started | Instructions |
|---|---|---|
| amlodipine 2.5 mg oral tablet | | take 1 tablet (2.5 mg) by oral route once daily |
| aspirin 81 mg oral tablet,delayed release (DR/EC) | | take 1 tablet (81 mg) by oral route once daily |
| B-100 Complex oral tablet | | take 1 tablet by oral route daily |
| C-500 oral | | -- |
| chromium picolinate 200 mcg oral tablet | | take 1 tablet by oral route daily |
| Co Q-10 200 mg oral capsule | | take 1 capsule by oral route daily |

| | | |
|---|---|---|
| donepezil 10 mg oral tablet | 04/05/2019 | take 1 tablet (10 mg) by oral route once daily in the evening for 90 days |
| lecithin 1,200 mg oral capsule | | take 1 capsule by oral route daily |
| meloxicam 15 mg oral tablet | | take 1 tablet (15 mg) by oral route once daily |
| memantine 10 mg oral tablet | 04/05/2019 | take 1 tablet (10 mg) by oral route 2 times per day for 90 days |
| metoprolol succinate 25 mg oral tablet extended release 24 hr | | take 1 tablet (25 mg) by oral route once daily |
| primidone 250 mg oral tablet | 05/21/2019 | take 1 tablet by oral route daily for 90 days |
| selenium 200 mcg oral tablet | | take 1 tablet by oral route daily |
| sertraline 25 mg oral tablet | 11/08/2019 | take 1 tablet (25 mg) by oral route once daily for 90 days |
| simvastatin oral | | -- |

## Allergy List

NO KNOWN DRUG ALLERGIES

## Family Medical History

Cancer; Heart disease; Arthritis; BleedingDisorder

## Social History

Alcohol (Light); Divorced; Illicit drugs (Never); Lives in house, condo or apartment; Lives with Significant Other; Retired; Tobacco (Never)

## Review of Systems

**Constitutional**

- **Admits** : low energy, Implants
- **Denies** : excessive daytime drowsiness, fatigue, fever, trouble getting to sleep, trouble staying asleep, weight gain, weight loss, cardioverter or defibrillator, intrauterine device, spinal cord stimulator/TENS unit, neurostimulator, shunt (spinal or ventricular), cardiac pacemaker, artificial heart valve/vena cava filter, shrapnel/metal fragments in head, eye, skin, implanted pump, cochlear/stapes inner ear implant, brain aneurysm or heart aortic clip, stent (cardiac or other), insulin pump, nicotine or medication patch

**Eyes**

- **Denies** : blurred vision, double vision, loss of vision

**HENT**

- **Denies** : loss of sense of smell, hearing loss, ringing in your ears

**Cardiovascular**

- **Denies** : chest pain, palpitations

**Respiratory**

- **Denies** : shortness of breath

**Gastrointestinal**

- **Denies** : constipation, diarrhea, heartburn, nausea, vomiting

**Genitourinary**

- **Admits** : trouble with erection (men), urgency to urinate
- **Denies** : discomfort and burning, loss of bladder control , loss of desire for sex

**Integument**

- **Denies** : change in hair or nails, change in skin color, itching, rash

**Neurologic**

- **Admits** : weakness
- **Denies** : confusion, falling down, headaches, incoordination, involuntary movements or jerking, lightheaded or dizzy, loss of consciousness/fainting/passing out, numbness , seizure or convulsion, spinning or vertigo, swallowing problems, tingling, tremor, trouble speaking, trouble walking

**Musculoskeletal**

- **Admits** : back pain, joint pain or swelling
- **Denies** : muscle pain or cramps, neck pain

**Endocrine**
- **Denies** : heat or cold intolerance, increased thirst, loss of hair

**Psychiatric**
- **Admits** : anxiety
- **Denies** : depressed mood, hallucinations (seeing or hearing things), memory loss

**Heme-Lymph**
- **Denies** : anemia, easy bruising or bleeding, slow to heal after cuts

**Allergic-Immunologic**
- **Denies** : allergic reaction to medicine or xray dye

## Vitals

| Date | Time | BP | Position | Site | L\R | Cuff Size | HR | RR | TEMP (F) | WT | HT | BMI kg/m$^2$ | BSA m$^2$ | O2 Sat |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/18/2019 | 02:10 PM | 157/72 | Sitting | | | | 55 - R | | | 178lbs 0oz | 5' 7" | 27.88 | 1.95 | |

## Assessment

- Alzheimer disease
  Alzheimer's disease, unspecified 331.0/G30.9
  Dementia in other diseases classified elsewhere without behavioral disturbance 331.0/F02.80
- Anxiety 300.00/F41.9
- Depression 311/F32.9
- Tremor, essential 333.1/G25.0
  He may have a mild degree of essential tremor and will be treated for that.

- Doing well overall on his regimen of donepezil and memantine
- Discussed role of neuropsych testing and even repeat MoCA testing but family is pleased with how he is doing and feel that his level of decline has been minimal overall
- Both he and his family feel that little would be gained from neuropsych testing or even repeat MoCA because if he happens to score lower than previously (21/30 in 2017) that may be upsetting to him and unnecessary
- I agrew with this sentiment entirely
- RTC: 1yr/prn

Problems Reconciled

## Plan

**Orders**
- No controlled drugs for chronic pain prescribed by me (SCHD3) - - 11/18/2019

**Medications**
- donepezil 10 mg oral tablet
  SIG: take 1 tablet (10 mg) by oral route once daily in the evening
  DISP: (90) tablets with 3 refills
  **Adjusted on 11/18/2019**

- memantine 10 mg oral tablet
  SIG: take 1 tablet (10 mg) by oral route 2 times per day
  DISP: (180) tablets with 3 refills
  **Adjusted on 11/18/2019**

- primidone 250 mg oral tablet
  SIG: take 1 tablet by oral route daily
  DISP: (90) tablets with 3 refills

**Adjusted on 11/18/2019**

- sertraline 25 mg oral tablet
  SIG: take 1 tablet (25 mg) by oral route once daily
  DISP: (90) tablets with 3 refills
  **Adjusted on 11/18/2019**
- Medications have been Reconciled
- Transition of Care or Provider Policy

**Instructions**

- Look into resources available through the Cincinnati Chapter of the Alzheimer's Association. Their website is: www.alz.org/cincinnati. They are located at 644 Linn Street, Suite 1026, Cincinnati, OH 45203. They have a 24hr hotline at 800-272-3900. The local business number is 513-721-4284
- I recommend the book called "The 36 Hour Day" by Nancy L. Mace, MA and Peter V. Rabins, MD, MPH. From the Amazon.com website: "Through five editions, 'The 36-Hour Day' has been an essential resource for families who love and care for people with Alzheimer disease. Whether a person has Alzheimer disease or another form of dementia, he or she will face a host of problems. 'The 36-Hour Day' will help family members and caregivers address these challenges and simultaneously cope with their own emotions and needs. Featuring useful takeaway messages and informed by recent research into the causes of and the search for therapies to prevent or cure dementia, this edition includes new information on devices to make life simpler and safer for people who have dementia; strategies for delaying behavioral and neuropsychiatric symptoms; changes in Medicare and other health care insurance laws; palliative care, hospice care, durable power of attorney, and guardianship; dementia due to traumatic brain injury; choosing a residential care facility; and support groups for caregivers, friends, and family members. The central idea underlying the book -- that much can be done to improve the lives of people with dementia and of those caring for them -- remains the same. 'The 36-Hour Day' is the definitive dementia care guide."

**Disposition**

- Care Transition

**Correspondence**

- CC this document (Ronald M. Gall MD) - 11/18/2019

Referred pt to Mayo Clinic Patient Information website (http://www.mayoclinic.org/patient-care-and-health-information) for further resources regarding applicable diagnoses and medications

(See also Assessment section above for other details of plan)

**Electronically Signed by:** John P. Kachoris, MD -Author on November 18, 2019 09:12:18 PM

# Riverhills Neurology Fourth Floor
# Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Kenneth Schmidt | **Visit Date:** | February 3, 2020 |
| **Patient ID:** | 203797 | **Provider:** | John P. Kachoris, MD |
| **Sex:** | Male | **Location:** | Riverhills Neurology Fourth Floor |
| **Birthdate:** | January 16, 1938 | **Location Address:** | 4805 Montgomery Rd<br>Suite 410<br>Cincinnati, OH 452122280 |
| **Primary Care Provider:** | Ronald M. Gall MD | | |
| **Referring Provider:** | Ronald M. Gall MD | **Location Phone:** | (513) 241-2370 |

## Chief Complaint

- Alzheimer disease

## History Of Present Illness

Follow-up visit. Kenneth H. Schmidt was last seen in the office on 11/18/2019. He is here with his ex-wife, Loretta.

-

- Pt here over concerns regarding his gaurdianship
- He feels that he does not need gaurdianship
- His ex-wife states that he had made some very bad financial decisions about two years ago and that is when his children, namely his son Jeff, took gaurdianship
- She feels that what he needs is someone to help him work with his family in order to adjust the terms of the gaurdianship in some way

## Past Medical History

Alzheimer disease; Alzheimer's dementia with behavioral disturbance; Anxiety; Arthritis; Arthritis; Cancer; Dementia due to another general medical condition, without behavioral disturbance; Dementia due to general medical condition; Depression; Fatigue; Heart disease; Low back pain; Tremor, essential

## Past Surgical History

** Other (please specify); Appendectomy; Knee Replacement; Open Heart; Shoulder surgery; Tonsillectomy

## Medication List

| Name | Date Started | Instructions |
|---|---|---|
| amlodipine 2.5 mg oral tablet | | take 1 tablet (2.5 mg) by oral route once daily |
| aspirin 81 mg oral tablet,delayed release (DR/EC) | | take 1 tablet (81 mg) by oral route once daily |
| B-100 Complex oral tablet | | take 1 tablet by oral route daily |
| C-500 oral | | -- |
| chromium picolinate 200 mcg oral tablet | | take 1 tablet by oral route daily |
| Co Q-10 200 mg oral capsule | | take 1 capsule by oral route daily |
| donepezil 10 mg oral tablet | 11/18/2019 | take 1 tablet (10 mg) by oral route once daily in the evening |
| lecithin 1,200 mg oral capsule | | take 1 capsule by oral route daily |
| meloxicam 15 mg oral tablet | | take 1 tablet (15 mg) by oral route once daily |

| | | |
|---|---|---|
| memantine 10 mg oral tablet | 11/18/2019 | take 1 tablet (10 mg) by oral route 2 times per day |
| metoprolol succinate 25 mg oral tablet extended release 24 hr | | take 1 tablet (25 mg) by oral route once daily |
| primidone 250 mg oral tablet | 11/18/2019 | take 1 tablet by oral route daily |
| selenium 200 mcg oral tablet | | take 1 tablet by oral route daily |
| sertraline 25 mg oral tablet | 11/18/2019 | take 1 tablet (25 mg) by oral route once daily |
| simvastatin oral | | -- |

## Allergy List

NO KNOWN DRUG ALLERGIES

Allergies Reconciled

## Family Medical History

Cancer; Heart disease; Arthritis; BleedingDisorder

## Social History

Alcohol (Light); Divorced; Illicit drugs (Never); Lives in house, condo or apartment; Lives with Significant Other; Retired; Tobacco (Never)

## Review of Systems

**Constitutional**
- **Admits** : Implants
- **Denies** : excessive daytime drowsiness, fatigue, fever, low energy, trouble getting to sleep, trouble staying asleep, weight gain, weight loss, cardioverter or defibrillator, intrauterine device, spinal cord stimulator/TENS unit, neurostimulator, shunt (spinal or ventricular), cardiac pacemaker, artificial heart valve/vena cava filter, shrapnel/metal fragments in head, eye, skin, implanted pump, cochlear/stapes inner ear implant, brain aneurysm or heart aortic clip, stent (cardiac or other), insulin pump, nicotine or medication patch

**Eyes**
- **Denies** : blurred vision, double vision, loss of vision

**HENT**
- **Admits** : hearing loss
- **Denies** : loss of sense of smell, ringing in your ears

**Cardiovascular**
- **Denies** : chest pain, palpitations

**Respiratory**
- **Denies** : shortness of breath

**Gastrointestinal**
- **Denies** : constipation, diarrhea, heartburn, nausea, vomiting

**Genitourinary**
- **Admits** : trouble with erection (men)
- **Denies** : discomfort and burning, loss of bladder control , loss of desire for sex, urgency to urinate

**Integument**
- **Denies** : change in hair or nails, change in skin color, itching, rash

**Neurologic**
- **Admits** : lightheaded or dizzy
- **Denies** : confusion, falling down, headaches, incoordination, involuntary movements or jerking, loss of consciousness/fainting/passing out, numbness , seizure or convulsion, spinning or vertigo, swallowing problems, tingling, tremor, trouble speaking, trouble walking, weakness

**Musculoskeletal**
- **Admits** : back pain
- **Denies** : joint pain or swelling, muscle pain or cramps, neck pain

**Endocrine**
- **Denies** : heat or cold intolerance, increased thirst, loss of hair

**Psychiatric**
- **Denies** : anxiety, depressed mood, hallucinations (seeing or hearing things), memory loss

**Heme-Lymph**
- **Denies** : anemia, easy bruising or bleeding, slow to heal after cuts

**Allergic-Immunologic**
- **Denies** : allergic reaction to medicine or xray dye

## Vitals

| Date | Time | BP | Position | Site | L\R | Cuff Size | HR | RR | TEMP (F) | WT | HT | BMI kg/m$^2$ | BSA m$^2$ | O2 Sat |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/03/2020 | 12:55 PM | 159/79 | Sitting | | | | 71 - R | | | 174lbs 16 oz | 5' 7" | 27.41 | 1.94 | |

## Physical Examination

-Mental status: A&O x3; pleasant & appropriate
-Speech & Language: no aphasia; no dysarthria
-Cranial nerves: pupils symmetric; no notable dysconjugate gaze; no facial asymmetry
-Motor: moves all extremities equally, fully, and symmetrically
-Gait & Station: Normal; no ataxia
-Other: no adventitious movements noted

Other Systems
-General Appearance: well-developed, well-nourished, no apparent distress
-Lungs: breathing regular, non-labored, no audible wheezes

## Assessment

- Alzheimer disease
  Alzheimer's disease, unspecified 331.0/G30.9
  Dementia in other diseases classified elsewhere without behavioral disturbance 331.0/F02.80

- I discussed with pt that I cannot undo the gaurdianship and that is something that only the court can do
- I advised him that if he were to try and fight the gaurdianship that it would entail doing neuropsych testing and that I do not feel it would turn out in his favor
- In other words, I feel that he will have declined over time and not improved and therefore it is unlikely that his neuropsych testing will reflect that he does not need gaurdianship
- I agree with his ex-wife that he needs to work with his family and/or a lawyer to try and negotiate the terms of his gaurdianship
- He understands and is in agreement with this.
- RTC: 1yr/prn

Problems Reconciled

## Plan

**Orders**
- No controlled drugs for chronic pain prescribed by me (SCHD3) - - 02/03/2020

**Medications**
- Medications have been Reconciled
- Transition of Care or Provider Policy

**Disposition**
- Care Transition

**Correspondence**
- CC this document (Ronald M. Gall MD) - 02/03/2020

[Digital Signature Validated]

Referred pt to Mayo Clinic Patient Information website (http://www.mayoclinic.org/patient-care-and-health-information) for further resources regarding applicable diagnoses and medications

(See also Assessment section above for other details of plan)

**Electronically Signed by:** John P. Kachoris, MD -Author on February 3, 2020 01:59:15 PM

# Riverhills Neurology Fourth Floor
# Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Kenneth Schmidt | **Visit Date:** | June 8, 2020 |
| **Patient ID:** | 203797 | **Provider:** | John P. Kachoris, MD |
| **Sex:** | Male | **Location:** | Riverhills Neurology Fourth Floor |
| **Birthdate:** | January 16, 1938 | **Location Address:** | 4805 Montgomery Rd<br>Suite 410<br>Cincinnati, OH 452122280 |
| **Primary Care Provider:** | Ronald M. Gall MD | | |
| **Referring Provider:** | Ronald M. Gall MD | **Location Phone:** | (513) 241-2370 |

## Chief Complaint

- MOOD BEHAVIOR

## History Of Present Illness

I performed this clinical encounter by utilizing a real-time telehealth video connection between home and the patient's home. The patient's location was confirmed during this visit. I obtained verbal consent from the patient to perform this clinical encounter utilizing video and prepared the patient by answering any questions they had about the telehealth interaction.

Approximately 10 minutes were spent with the patient, of which more than 50% of the time was spent in counseling and/or coordinating care on 6/8/2020. The patient understands and agrees with the plan of care outlined.

Follow-up visit. Kenneth H. Schmidt was last seen in the office on 02/03/2020. He is here with his Son Jeff, ex-wife Loretta.

-

- He wants to increase his Zoloft
- He is feeling more depressed and in part it is because of the COVID-19 and being stuck at home
- His wife explains that he is more irritable and frustrated overall
- There is no particular time of day that this occurs and it can be very randomly
- His wife explains that he used to be a very happy and fun-hearted guy but now it seems he is more down than not
- No behavioral change or issues at night

## Past Medical History

Alzheimer disease; Alzheimer's dementia with behavioral disturbance; Anxiety; Arthritis; Arthritis; Cancer; Dementia due to another general medical condition, without behavioral disturbance; Dementia due to general medical condition; Depression; Fatigue; Heart disease; Low back pain; Tremor, essential

## Past Surgical History

** Other (please specify); Appendectomy; Knee Replacement; Open Heart; Shoulder surgery; Tonsillectomy

## Medication List

| Name | Date Started | Instructions |
|---|---|---|
| amlodipine 2.5 mg oral tablet | | take 1 tablet (2.5 mg) by oral route once daily |

| | | |
|---|---|---|
| aspirin 81 mg oral tablet,delayed release (DR/EC) | | take 1 tablet (81 mg) by oral route once daily |
| B-100 Complex oral tablet | | take 1 tablet by oral route daily |
| C-500 oral | | -- |
| chromium picolinate 200 mcg oral tablet | | take 1 tablet by oral route daily |
| Co Q-10 200 mg oral capsule | | take 1 capsule by oral route daily |
| donepezil 10 mg oral tablet | 11/18/2019 | take 1 tablet (10 mg) by oral route once daily in the evening |
| lecithin 1,200 mg oral capsule | | take 1 capsule by oral route daily |
| meloxicam 15 mg oral tablet | | take 1 tablet (15 mg) by oral route once daily |
| memantine 10 mg oral tablet | 11/18/2019 | take 1 tablet (10 mg) by oral route 2 times per day |
| metoprolol succinate 25 mg oral tablet extended release 24 hr | | take 1 tablet (25 mg) by oral route once daily |
| primidone 250 mg oral tablet | 11/18/2019 | take 1 tablet by oral route daily |
| selenium 200 mcg oral tablet | | take 1 tablet by oral route daily |
| sertraline 25 mg oral tablet | 06/08/2020 | take 2 tablets (50 mg) by oral route once daily |
| simvastatin oral | | -- |

## Allergy List

NO KNOWN DRUG ALLERGIES

## Family Medical History

Cancer; Heart disease; Arthritis; BleedingDisorder

## Social History

Alcohol (Light); Divorced; Illicit drugs (Never); Lives in house, condo or apartment; Lives with Significant Other; Retired; Tobacco (Never)

## Review of Systems

**Constitutional**
- **Admits** : fatigue, low energy, Implants
- **Denies** : excessive daytime drowsiness, fever, trouble getting to sleep, trouble staying asleep, weight gain, weight loss, cardioverter or defibrillator, intrauterine device, spinal cord stimulator/TENS unit, neurostimulator, shunt (spinal or ventricular), cardiac pacemaker, artificial heart valve/vena cava filter, shrapnel/metal fragments in head, eye, skin, implanted pump, cochlear/stapes inner ear implant, brain aneurysm or heart aortic clip, stent (cardiac or other), insulin pump, nicotine or medication patch

**Eyes**
- **Denies** : blurred vision, double vision, loss of vision

**HENT**
- **Denies** : loss of sense of smell, hearing loss, ringing in your ears

**Cardiovascular**
- **Denies** : chest pain, palpitations

**Respiratory**
- **Denies** : shortness of breath

**Gastrointestinal**
- **Denies** : constipation, diarrhea, heartburn, nausea, vomiting

**Genitourinary**
- **Denies** : discomfort and burning, loss of bladder control , loss of desire for sex, urgency to urinate

**Integument**
- **Denies** : change in hair or nails, change in skin color, itching, rash

**Neurologic**
- **Admits** : lightheaded or dizzy
- **Denies** : confusion, falling down, headaches, incoordination, involuntary movements or jerking, loss of consciousness/fainting/passing out, numbness , seizure or convulsion, spinning or vertigo, swallowing problems, tingling, tremor, trouble speaking, trouble walking, weakness

**Musculoskeletal**
- **Denies** : back pain, joint pain or swelling, muscle pain or cramps, neck pain

**Endocrine**
- **Denies** : heat or cold intolerance, increased thirst, loss of hair

**Psychiatric**
- **Admits** : anxiety, depressed mood, memory loss
- **Denies** : hallucinations (seeing or hearing things)

**Heme-Lymph**
- **Denies** : anemia, easy bruising or bleeding, slow to heal after cuts

**Allergic-Immunologic**
- **Denies** : allergic reaction to medicine or xray dye

## Vitals

| Date | Time | BP | Position | Site | L\R | Cuff Size | HR | RR | TEMP (F) | WT | HT | BMI kg/m$^2$ | BSA m$^2$ | O2 Sat |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/08/2020 | 10:43 AM | | | | | | | | | 174lbs 16 oz | 5' 7" | 27.41 | 1.94 | |

PT VERIFIED HT AND WT BY PHONE

## Physical Examination

Telephone Exam:

-Mental status: A&O x3; pleasant & appropriate
-Speech & Language: no aphasia; no dysarthria

Other Systems
-Lungs: breathing regular, non-labored, no audible wheezes
-Psych: Appropriate

## Assessment

- Alzheimer disease
  Alzheimer's disease, unspecified 331.0/G30.9
  Dementia in other diseases classified elsewhere without behavioral disturbance 331.0/F02.80
- Anxiety 300.00/F41.9
- Depression 311/F32.9

- Agree that an increase in Zoloft may be helpful for his issues
- Discussed with them that irritability and frustration is not uncommon in memory disorders
- Thankfully it does not seem that he is having any psychotic behavior changes, which would potentially be more likely or problematic at night
- If these were to occur may need to consider the addition of quetiapine but see no need for that at this point
- they will call to report how he is doing along the way and will make appt to touch base in about 6 weeks
- RTC: 6wks

## Plan

[Digital Signature Validated]

**Orders**

- No controlled drugs for chronic pain prescribed by me (SCHD3) - - 06/08/2020

**Medications**

- sertraline 25 mg oral tablet
  SIG: take 2 tablets (50 mg) by oral route once daily
  DISP: (180) tablets with 3 refills
  **Adjusted on 06/08/2020**

- Medications have been Reconciled
- Transition of Care or Provider Policy

**Disposition**

- Care Transition

**Correspondence**

- CC this document (Ronald M. Gall MD) - 06/08/2020

**Electronically Signed by:** John P. Kachoris, MD -Author on August 17, 2020 02:00:37 PM

RIVERHILLS NEUROSCIENCE
Division of Neurosurgery

# Health History Form

PATIENT NAME Ken Schmidt TODAY'S DATE 10-12-20

SOCIAL SECURITY NUMBER 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

DATE OF BIRTH 6-16-38 AGE 82 PHYSICIAN YOU ARE SCHEDULED TO SEE Dr Neuman

ADDRESS 8772 Carrousel Park Cir. #150 APPOINTMENT DATE 10-12-20

CITY Cinti STATE Ohio ZIP 45251

☑ MALE ☐ FEMALE ☑ RIGHT HANDED ☐ LEFT HANDED

HOME TELEPHONE # 245-1284

WORK TELEPHONE # ______

CELLULAR TELEPHONE # ______

REFERRING PHYSICIAN
NAME Ronald Groll
CITY/STATE Cinti Ohio

PRIMARY PHYSICIAN
NAME (SAME)
CITY/STATE ______

## HISTORY OF ILLNESS / REASON FOR OFFICE VISIT

DESCRIBE THE SYMPTOMS YOU ARE EXPERIENCING
Lower back pain (Arthritis)

HOW DID YOUR SYMPTOMS BEGIN? a very long time ago

THE SYMPTOMS STARTED ON (GIVE SPECIFIC DATE, IF KNOWN) ______

SINCE YOUR SYMPTOMS BEGAN, THEY HAVE GOTTEN: ☐ BETTER ☑ WORSE ☐ NO CHANGE

NAME ANY OTHER PHYSICIANS WHO HAVE TREATED YOU FOR THIS PROBLEM

| PHYSICIAN'S NAME | TYPE OF PHYSICIAN | MONTH/YEAR |
|---|---|---|
| 1) | | |
| 2) | | |
| 3) | | |

HAVE YOU HAD ANY OF THE FOLLOWING TREATMENT(S) FOR THIS ILLNESS OR INJURY?
(CHECK ALL THAT APPLY)

- ☐ NONE
- ☐ TRACTION
- ☐ ICE
- ☐ ULTRASOUND
- ☑ PAIN MANAGEMENT PHYSICIAN
- ☑ MEDICATION
- ☑ PHYSICAL THERAPY
  WHEN (MONTH/YEAR) ______
  WHERE ______
- ☑ HOT PACKS
- ☑ EPIDURAL STEROID INJECTION
  DATE ______
- ☑ CHIROPRACTIC MANIPULATION
- ☑ ELECTRICAL STIMULATION

WHAT MEDICATION HAVE OR ARE YOU NOW TAKING FOR THIS CONDITION? 0



05/099-40-2.0-7.7.1

Ken Schmidt 6-16-38
PATIENT NAME (PRINT) DOB

## REVIEW OF SYSTEMS

*Please check Yes below for each that applies.*

### Constitutional
Yes
- [ ] Any chance of pregnancy
- [ ] Excessive daytime sleepiness
- [ ] Fatigue
- [ ] Fevers
- [x] Implants/Metal (pacemaker, pump, stent, shunt, aneurysm/heart clip, stimulator)
- [ ] Low energy
- [ ] Nicotine Patch
- [ ] Trouble getting to sleep
- [ ] Trouble staying asleep
- [ ] Weight gain
- [ ] Weight loss

### Eyes
Yes
- [ ] Blurred vision
- [ ] Double vision
- [ ] Loss of vision

### Ears, Nose, Mouth, and Throat
Yes
- [ ] Loss of sense of smell
- [x] Hearing loss
- [ ] Ringing in your ears

### Cardiovascular and Respiratory
Yes
- [ ] Chest pain
- [ ] Palpitations
- [ ] Shortness of breath

### Gastrointestinal
Yes
- [ ] Constipation
- [ ] Diarrhea
- [ ] Heartburn
- [ ] Nausea
- [ ] Vomiting

### Bladder & Sexual Function (Genitourinary)
Yes
- [ ] Discomfort and burning
- [ ] Loss of bladder control
- [ ] Loss of desire for sex
- [ ] Menopause (women)
- [x] Trouble with erection (men)
- [ ] Urgency to urinate

### Skin
Yes
- [ ] Change in hair or nails
- [ ] Change in skin color
- [x] Itching
- [ ] Rash

### Neurological
Yes
- [ ] Confusion
- [ ] Falling down
- [ ] Headaches
- [ ] Lack of Coordination
- [ ] Involuntary movements or jerking
- [ ] Lightheaded or dizzy
- [ ] Loss of consciousness/fainting/passing out
- [ ] Numbness
- [ ] Seizure or convulsion
- [ ] Spinning or vertigo
- [ ] Tingling
- [ ] Tremor
- [ ] Trouble speaking
- [ ] Trouble walking
- [ ] Weakness
- [ ] Trouble swallowing

### Musculoskeletal
Yes
- [ ] Back pain
- [x] Joint pain or swelling
- [ ] Muscle pain or cramps
- [ ] Neck pain

### Endocrine
Yes
- [x] Heat or cold intolerance
- [ ] Increased thirst
- [ ] Loss of hair

### Memory, Thinking, Mood, Psychiatric
Yes
- [x] Anxiety
- [ ] Depressed mood
- [ ] Hallucinations (seeing or hearing things)
- [ ] Memory loss

### Hematologic (blood) and lymphatic
Yes
- [ ] Anemia
- [ ] Easy bruising or bleeding
- [ ] Slow to heal after cuts

### Allergic and Immune
Yes
- [ ] Allergic reaction to medicine or x-ray dye

## - SPINE QUESTIONNAIRE -

**List ALL symptoms for why you are here (Reason for Visit):** _✓_ Pain ______ Numbness/Tingling ______ Muscle Weakness

OTHER ________________________________________

**How did the symptoms BEGIN?**

_✓_ Spontaneously with no known cause ______ As a result of an AUTOMOBILE accident – **Date of Auto Accident:** ___/___/___

______ As a result of an injury at WORK – **Date of Injury:** ___/___/___ _✓_ As a result of an injury outside of work

**My pain is located in my:** ______ Neck _✓_ Low back ______ Mid-Back Other: ________________

**Rate your pain: Use this PAIN SCALE of *0 to 10* (*0*=NO PAIN AND *10*=WORST POSSIBLE PAIN) for each affected area:**

Neck ____ /10 Low Back 0-10 /10 Mid-Back ____ /10 Other affected areas: ____________ /10

**If you have NECK and/or ARM pain:**

| | | |
|---|---|---|
| **What percentage of the pain is in your NECK?** | | ______ % |
| **What percentage of the pain is in your ARM(s)** | + | ______ % |
| **Total Arm/Neck Pain:** | | 100 % **(should be 100%)** |

**If you have BACK and/or LEG pain:**

| | | |
|---|---|---|
| **What percentage of the pain is in your BACK?** | | 75 % |
| **What percentage of the pain is in your LEG(s)** | + | 25 % |
| **Total Back/Leg Pain:** | | 100 % **(should be 100%)** |

**The PAIN is:** ______ Constant _✓_ Intermittent Pain erupts upon movement

**The PAIN is described as:** _✓_ Sharp/Stabbing ______ Dull/Aching ______ Burning ______ Throbbing

**The symptoms *IMPROVE* with:** ______ Standing ______ Walking _✓_ Sitting _✓_ Laying Down

**The symptoms *GET WORSE* with:** _✓_ Standing ______ Walking ______ Sitting ______ Laying Down ______ Bending

______ Bowel Movements ______ Sneezing _✓_ General Activity

**Since your condition started, have you experienced any bladder dysfunction?** ______ Yes _✓_ No

**How long can you stand with NO or MINIMAL PAIN?** _10_ Minutes ______ No problem standing for long periods of time.

**What distance can your walk with *NO or MINIMAL PAIN*?** _✓_ up to 1 block ______ 2-3 blocks ______ 6 blocks ______ No Limit

**Do you need SUPPORT to help you walk?** ______ YES _✓_ NO If yes, specify:

______ Use a WHEELCHAIR ______ Use A WALKER ______ Uses a CANE ______ Must rely on some PERSON or FURNITURE for support to walk

**Do you wear a NECK or BACK brace?** If yes, ______ Neck Brace ______ Back Brace

**How long have you worn the brace?** ___ Days ______ Weeks ______ Months ______ Years

**Please check mark the pictures with all symptoms that apply**

**by using the following letters on the picture:**

P = Pain

N = Numbness/Tingling

W = Weakness

R = Radiates *(moves from main are into other areas of the body)*




© Riverhills Neuroscience

# Riverhills Neuroscience Second Floor
# History and Physical

| | | | |
|---|---|---|---|
| **Patient Name:** | Kenneth Schmidt | **Visit Date:** | October 12, 2020 |
| **Patient ID:** | 203797 | **Provider:** | Christopher E. Neumann, MD |
| **Sex:** | Male | **Location:** | Riverhills Neuroscience Second Floor |
| **Birthdate:** | January 16, 1938 | **Location Address:** | 4805 Montgomery Rd<br>Suite 210<br>Cincinnati, OH 45212-2280 |
| **Primary Care Provider:** | Ronald M. Gall MD | | |
| **Referring Provider:** | Ronald M. Gall MD | **Location Phone:** | (513) 791-6400 |

## Chief Complaint

- Low back pain

## History Of Present Illness

Kenneth H. Schmidt presents today for neurosurgical consultation at the request of Ronald M. Gall MD.

Mr. Schmidt is a pleasant 82-year-old with a longstanding history of low back pain with radiation down the left leg. After walking a block he will get neurogenic claudication. He denies right sided symptoms. He can sit for as long as he requires, stand for one minute and walk for a block. He is not taking any medications. He has had physical therapy in the past and this was not helpful. He has had injections in the remote past and these were not helpful. He denies cruising furniture, he denies falls. He admits to stooping forward on a cart. No imaging is available for my review.

## Past Medical History

| Disease Name | Date Onset | Notes |
|---|---|---|
| Alzheimer disease | 01/30/2017 | -- |
| Alzheimer's dementia with behavioral disturbance | 04/06/2017 | He still has behavioral disturbance and has probably not really learned what is right. His family is very concerned about what will happen when hi girl-friend is released from prison. |
| Anxiety | 04/30/2018 | -- |
| Arthritis | -- | -- |
| Arthritis | 04/06/2017 | -- |
| Cancer | -- | -- |
| Dementia due to another general medical condition, without behavioral disturbance | 01/30/2017 | -- |
| Dementia due to general medical condition | 04/30/2018 | -- |
| Depression | 10/17/2017 | -- |
| Fatigue | 04/06/2017 | -- |
| Heart disease | -- | -- |
| Low back pain | 04/30/2018 | -- |
| Tremor, essential | 01/30/2017 | He may have a mild degree of essential tremor and will be treated for that. |

## Past Surgical History

| Procedure Name | Date | Notes |
|---|---|---|
| ** Other (please specify) | -- | prostate |
| Appendectomy | -- | -- |
| Knee Replacement | -- | -- |
| Open Heart | -- | -- |
| Shoulder surgery | -- | -- |
| Tonsillectomy | -- | -- |

## Medication List

| Name | Date Started | Instructions |
|---|---|---|
| amlodipine 2.5 mg oral tablet | | take 1 tablet (2.5 mg) by oral route once daily |
| aspirin 81 mg oral tablet,delayed release (DR/EC) | | take 1 tablet (81 mg) by oral route once daily |
| B-100 Complex oral tablet | | take 1 tablet by oral route daily |
| C-500 oral | | -- |
| chromium picolinate 200 mcg oral tablet | | take 1 tablet by oral route daily |
| Co Q-10 200 mg oral capsule | | take 1 capsule by oral route daily |
| donepezil 10 mg oral tablet | 11/18/2019 | take 1 tablet (10 mg) by oral route once daily in the evening |
| lecithin 1,200 mg oral capsule | | take 1 capsule by oral route daily |
| meloxicam 15 mg oral tablet | | take 1 tablet (15 mg) by oral route once daily |
| memantine 10 mg oral tablet | 11/18/2019 | take 1 tablet (10 mg) by oral route 2 times per day |
| metoprolol succinate 25 mg oral tablet extended release 24 hr | | take 1 tablet (25 mg) by oral route once daily |
| primidone 250 mg oral tablet | 11/18/2019 | take 1 tablet by oral route daily |
| selenium 200 mcg oral tablet | | take 1 tablet by oral route daily |
| sertraline 25 mg oral tablet | 06/08/2020 | take 2 tablets (50 mg) by oral route once daily |
| simvastatin oral | | -- |

## Allergy List

| Allergen Name | Date | Reaction | Notes |
|---|---|---|---|
| NO KNOWN DRUG ALLERGIES | -- | -- | -- |

Allergies Reconciled

## Family Medical History

| Disease Name | Relative/Age | Notes |
|---|---|---|
| Cancer | Mother/ | -- |
| Heart disease | Brother/ Father/ | -- |
| Arthritis | Grandfather (maternal)/ Grandmother (maternal)/ Mother/ | -- |
| BleedingDisorder | Brother/ | -- |

## Social History

| Finding | Status | Start/Stop | Quantity | Notes |
|---|---|---|---|---|
| Alcohol | Light | --/-- | -- | -- |
| Divorced | -- | --/-- | -- | -- |
| Illicit drugs | Never | --/-- | -- | -- |
| Lives in house, condo or apartment | -- | --/-- | -- | -- |
| Lives with Significant Other | -- | --/-- | -- | Ex-wife |
| Retired | -- | --/-- | -- | -- |
| Tobacco | Never | --/-- | -- | -- |

[Digital Signature Validated]

## Review of Systems

**Constitutional**
- **Admits** : Implants
- **Denies** : any chance of pregnancy?, excessive daytime sleepiness, fatigue, fever, low energy, trouble getting to sleep, trouble staying asleep, weight gain, weight loss, cardioverter or defibrillator, intrauterine device, spinal cord stimulator/TENS unit, neurostimulator, shunt (spinal or ventricular), cardiac pacemaker, artificial heart valve/vena cava filter, shrapnel/metal fragments in head, eye, skin, implanted pump, cochlear/stapes inner ear implant, brain aneurysm or heart aortic clip, stent (cardiac or other), insulin pump, nicotine or medication patch

**Eyes**
- **Denies** : blurred vision, double vision, loss of vision

**HENT**
- **Admits** : hearing loss
- **Denies** : loss of sense of smell, ringing in your ears

**Cardiovascular**
- **Denies** : chest pain, palpitations

**Respiratory**
- **Denies** : shortness of breath

**Gastrointestinal**
- **Denies** : constipation, diarrhea, heartburn, nausea, vomiting

**Genitourinary**
- **Admits** : trouble with erection (men)
- **Denies** : discomfort/burning, loss of bladder control , loss of desire for sex, menopause/menopausal symptoms (women), urgency to urinate/frequency

**Integument**
- **Admits** : itching
- **Denies** : change in hair or nails, change in skin color, rash

**Neurologic**
- **Denies** : confusion, falling down, headaches, incoordination, involuntary movements or jerking, lightheaded or dizzy, loss of consciousness/fainting/passing out, numbness , seizure or convulsion, spinning or vertigo, swallowing problems, tingling, tremor, trouble speaking, trouble walking, trouble swallowing, weakness

**Musculoskeletal**
- **Admits** : joint pain or swelling
- **Denies** : back pain, muscle pain or cramps, neck pain

**Endocrine**
- **Admits** : heat or cold intolerance
- **Denies** : increased thirst, loss of hair

**Psychiatric**
- **Admits** : anxiety
- **Denies** : depressed mood, hallucinations (seeing or hearing things), memory loss

**Heme-Lymph**
- **Denies** : anemia, easy bruising or bleeding, slow to heal after cuts

**Allergic-Immunologic**
- **Denies** : allergic reaction to medicine or xray dye

## Vitals

| Date | Time | BP | Position | Site | Cuff L\R Size | HR | RR | TEMP (F) | WT | HT | BMI kg/m$^2$ | BSA m$^2$ | O2 Sat | FR L/min | FiO2 | HC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/12/2020 | 02:48 PM | 186/77 | Sitting | | | 59 - R | | 97.2 | 169lbs 0oz | 5' 7" | 26.47 | 1.9 | | | | |

## Physical Examination

**Neurologic**
- **Cranial Nerves** :
  - **Optic Nerve** : Visual fields are full to confrontation. Pupils are equal, round and reactive to light and accommodation.

[Digital Signature Validated]

- **Oculomotor, Trochlear and Abducens Nerves** : Extraocular movements are full. No diplopia. Gaze is conjugate.
- **Trigeminal Nerve** : Sensation is intact to touch and pin throughout face.
- **Facial Nerve** : Facies are symmetric.
- **Vestibuloacoustic Nerve** : Hearing is symmetric bilaterally.
- **Glossopharyngeal and Vagus Nerves** : The uvula elevates in the midline, voice is normal.
- **Spinal Accessory Nerve** : Sternocleidomastoid muscle motor function is normal bilaterally. Shoulder shrug is symmetric.
- **Hypoglossal Nerve** : Tongue is midline, mobile and full.

- **Motor Examination** :
  - **Strength** : 5/5.
- **Reflexes** : 2+ symmetric. No Hoffman's, no clonus.
- **Gait and Station** : He had a clumsy gait, he cruised furniture in the office. He could not perform tandem walking.
- **Cerebellar Function** : Finger to nose and heel to shin are normal. Fine finger and rapid alternating movements are normal. Romberg test negative.

**Respiratory**
- **Respiratory Effort** : Unlabored breathing.

**Cardiovascular**
- **Heart** :
  - **Auscultation of Heart** : Regular rate and rhythm.

**Gastrointestinal**
- **Abdominal Examination** : Soft and non-distended.

**Head**
- **Cranium** :
  - **Inspection** : Atraumatic normocephalic.

**Musculoskeletal**
- **Lumbosacral Spine** :
  - **Range of Motion** : Restricted lumbar range of motion with flexion and extension.
  - **Tests/Signs** : Straight leg raise testing negative bilaterally.

**Ears, Nose, Mouth and Throat**
- **HEENT** : Negative.

## Assessment

- Pain, low back 724.2/M54.5
- Lumbar radiculopathy 724.4/M54.16
- Spinal stenosis of lumbar region without neurogenic claudication 724.02/M48.061

IMPRESSION:

1. Lumbar stenosis.

2. Neurogenic claudication.

3. Radiculopathy.

## Plan

**Orders**
- MRI Lumbar without contrast - RHI (72148) - 724.2/M54.5, 724.4/M54.16, 724.02/M48.061 - 10/12/2020
- No controlled drugs for chronic pain prescribed by me (SCHD3) - 724.2/M54.5, 724.4/M54.16, 724.02/M48.061 - 10/15/2020
- OARRS Report requested and reviewed (11111) - - 10/12/2020

**Medications**
- Medications have been Reconciled
- Transition of Care or Provider Policy

**Instructions**
- Total face to face time with the patient was 45 minutes with greater than 50% of the time spent counseling the

patient.

**Correspondence**

- aLetter to referring physician (Ronald M. Gall MD) - 10/15/2020
- CC this document (Ronald M. Gall MD) - 10/12/2020

Recommendations:

MRI of the lumbar spine without contrast. I'll see him in return after that study is completed and make additional recommendations at that time. I answered his questions and he was in agreement.

Christopher Neumann, M.D.

CN/wh

**Electronically Signed by:** Christopher E. Neumann, MD -Author on October 15, 2020 05:37:14 PM

# Riverhills Neuroscience Second Floor
# Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Kenneth Schmidt | **Visit Date:** | October 26, 2020 |
| **Patient ID:** | 203797 | **Provider:** | John P. Kachoris, MD |
| **Sex:** | Male | **Location:** | Riverhills Neuroscience Second Floor |
| **Birthdate:** | January 16, 1938 | **Location Address:** | 4805 Montgomery Rd<br>Suite 210<br>Cincinnati, OH 45212-2280 |
| **Primary Care Provider:** | Ronald M. Gall MD | **Location Phone:** | (513) 791-6400 |
| **Referring Provider:** | Ronald M. Gall MD | | |

## Chief Complaint

- Problems with memory

## History Of Present Illness

Follow-up visit. Kenneth H. Schmidt was last seen in the office on 06/08/2020. He is here with his POA, Jeff.

- He feels that things have been about the same overall- However, he is very tired of not being able to make his own decisions and feels that he wants to change his will and address other matters but he cannot do this because he is no longer able to make decisions for himself, as determined by the court several years ago- He would like to have neuropsych testing to determine this

## Past Medical History

Alzheimer disease; Alzheimer's dementia with behavioral disturbance; Anxiety; Arthritis; Arthritis; Cancer; Dementia due to another general medical condition, without behavioral disturbance; Dementia due to general medical condition; Depression; Fatigue; Heart disease; Low back pain; Lumbar radiculopathy; Pain, low back; Spinal stenosis of lumbar region without neurogenic claudication; Tremor, essential

## Past Surgical History

** Other (please specify); Appendectomy; Knee Replacement; Open Heart; Shoulder surgery; Tonsillectomy

## Medication List

| Name | Date Started | Instructions |
|---|---|---|
| amlodipine 2.5 mg oral tablet | | take 1 tablet (2.5 mg) by oral route once daily |
| aspirin 81 mg oral tablet,delayed release (DR/EC) | | take 1 tablet (81 mg) by oral route once daily |
| B-100 Complex oral tablet | | take 1 tablet by oral route daily |
| C-500 oral | | -- |
| chromium picolinate 200 mcg oral tablet | | take 1 tablet by oral route daily |
| Co Q-10 200 mg oral capsule | | take 1 capsule by oral route daily |
| donepezil 10 mg oral tablet | 10/19/2020 | TAKE 1 TABLET EVERY EVENING |
| lecithin 1,200 mg oral capsule | | take 1 capsule by oral route daily |
| meloxicam 15 mg oral tablet | | take 1 tablet (15 mg) by oral route once daily |
| memantine 10 mg oral tablet | 10/19/2020 | TAKE 1 TABLET TWICE DAILY |
| metoprolol succinate 25 mg oral tablet extended release 24 hr | | take 1 tablet (25 mg) by oral route once daily |

| | | |
|---|---|---|
| primidone 250 mg oral tablet | 11/18/2019 | take 1 tablet by oral route daily |
| selenium 200 mcg oral tablet | | take 1 tablet by oral route daily |
| sertraline 25 mg oral tablet | 06/08/2020 | take 2 tablets (50 mg) by oral route once daily |
| simvastatin oral | | -- |

## Allergy List

NO KNOWN DRUG ALLERGIES

## Family Medical History

Cancer; Heart disease; Arthritis; BleedingDisorder

## Social History

Alcohol (Light); Divorced; Illicit drugs (Never); Lives in house, condo or apartment; Lives with Significant Other; Retired; Tobacco (Never)

## Review of Systems

**Constitutional**
- **Denies** : excessive daytime drowsiness, fatigue, fever, low energy, trouble getting to sleep, trouble staying asleep, weight gain, weight loss, Implants, cardioverter or defibrillator, intrauterine device, spinal cord stimulator/TENS unit, neurostimulator, shunt (spinal or ventricular), cardiac pacemaker, artificial heart valve/vena cava filter, shrapnel/metal fragments in head, eye, skin, implanted pump, cochlear/stapes inner ear implant, brain aneurysm or heart aortic clip, stent (cardiac or other), insulin pump, nicotine or medication patch

**Eyes**
- **Denies** : blurred vision, double vision, loss of vision

**HENT**
- **Denies** : loss of sense of smell, hearing loss, ringing in your ears

**Cardiovascular**
- **Denies** : chest pain, palpitations

**Respiratory**
- **Denies** : shortness of breath

**Gastrointestinal**
- **Denies** : constipation, diarrhea, heartburn, nausea, vomiting

**Genitourinary**
- **Denies** : discomfort and burning, loss of bladder control , loss of desire for sex, urgency to urinate

**Integument**
- **Admits** : itching
- **Denies** : change in hair or nails, change in skin color, rash

**Neurologic**
- **Admits** : confusion
- **Denies** : falling down, headaches, incoordination, involuntary movements or jerking, lightheaded or dizzy, loss of consciousness/fainting/passing out, numbness , seizure or convulsion, spinning or vertigo, swallowing problems, tingling, tremor, trouble speaking, trouble walking, weakness

**Musculoskeletal**
- **Admits** : back pain
- **Denies** : joint pain or swelling, muscle pain or cramps, neck pain

**Endocrine**
- **Denies** : heat or cold intolerance, increased thirst, loss of hair

**Psychiatric**
- **Admits** : anxiety, depressed mood
- **Denies** : hallucinations (seeing or hearing things), memory loss

**Heme-Lymph**
- **Denies** : anemia, easy bruising or bleeding, slow to heal after cuts

**Allergic-Immunologic**
- **Denies** : allergic reaction to medicine or xray dye

## Vitals

| Date | Time | BP | Position | Site | Cuff L\R Size | HR | RR | TEMP (F) | WT | HT | BMI kg/m$^2$ | BSA m$^2$ | O2 Sat | FR L/min | FiO2 | HC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/26/2020 | 10:06 AM | 157/80 | Sitting | | | 61 - R | | | 169lbs 0oz | 5' 7" | 26.47 | 1.9 | | | | |

## Physical Examination

-Mental status: A&O x3; pleasant & appropriate
-Speech & Language: no aphasia; no dysarthria
-Cranial nerves: pupils symmetric; no notable dysconjugate gaze; no facial asymmetry
-Motor: moves all extremities equally, fully, and symmetrically
-Gait & Station: Normal; no ataxia
-Other: no adventitious movements noted

Other Systems
-General Appearance: well-developed, obese, no apparent distress
-Lungs: breathing regular, non-labored, no audible wheezes

## Assessment

- Alzheimer disease
  Alzheimer's disease, unspecified 331.0/G30.9
  Dementia in other diseases classified elsewhere without behavioral disturbance 331.0/F02.80
- Alzheimer's dementia with behavioral disturbance
  Alzheimer's disease, unspecified 331.0/G30.9
  Dementia in other diseases classified elsewhere with behavioral disturbance 331.0/F02.81
  He still has behavioral disturbance and has probably not really learned what is right. His family is very concerned about what will happen when hi girl-friend is released from prison.
- Anxiety 300.00/F41.9
- Dementia due to another general medical condition, without behavioral disturbance 294.10/F02.80
- Dementia due to general medical condition 294.10/F02.80
- Depression 311/F32.9

- Will order neuropsych testing and have him f/u to discuss results and then whether he would be able to take guardianship back for himself
- RTC: after neuropsych testing

Problems Reconciled

## Plan

**Orders**
- No controlled drugs for chronic pain prescribed by me (SCHD3) - - 10/30/2020
- Consult - Neuropsychology (98888) - 294.10/F02.80, 331.0/G30.9, 300.00/F41.9, 311/F32.9 - 10/30/2020

**Medications**
- Medications have been Reconciled
- Transition of Care or Provider Policy

**Disposition**
- Care Transition

**Electronically Signed by:** John P. Kachoris, MD -Author on December 17, 2020 12:07:09 PM

[Digital Signature Validated]

[Digital Signature Validated]

97.0

(COMPLETE THIS FORM BEFORE YOUR APPOINTMENT)

# MRI Registration

RIVERHILLS NEUROSCIENCE

Norwood
4805 Montgomery Rd. (Suite 150)
Cincinnati, Ohio 45212
Direct: (513) 721-SCAN
Fax: (513) 721-6330

Patient Name Ken Schmidt Date of Birth 1-7-6-38 Weight 170 Height 5'7"

Please answer the following (all must be checked YES or NO)

| YES | NO | |
|---|---|---|
| ? | | **Are you receiving this MRI as a result of having sustained an injury?** if YES, please explain: |
| ✓ | | **Have you had an MRI, MRA, or CT before?** if YES, where? HERE When? 2 yrs ago What body Part Head |
| ✓ | | **Have you had any previous surgeries?** YES if YES, please indicate date and type of surgery: Date several yrs ago Type of Surgery Shoulder replaced; Date [illegible] Type of Surgery Knee replaced |
| ✓ | | **Have you ever been diagnosed with cancer?** if YES, please state the name of your cancer and location in the body: YES. Prostate |
| | ✓ | **Have you had chemotherapy - OR - radiation therapy?** if YES, when was your last treatment? NO |
| | ✓ | **Have you ever had a contrast allergic reaction to either x-ray, CT or MRI dye?** if YES, please describe: No |

**Please describe the symptoms you are having which pertain to you having *this* exam and how long you have been having these symptoms:** Lower back – Arthritis
Had many years ago

**Mark your Symptoms with an "X"**

____ Headaches
____ Vision Loss/Changes
____ Dizziness
____ Numbness in Arms or Legs
____ Hearing Loss - Right / Left (circle)
____ Ringing in Ears
____ Change in Bowel Function
____ Change in Bladder Function
____ Lump or Mass (Location: __________ )
____ Swelling (Location: __________ )

**Mark your Symptoms with an "X"**




CONTINUED ON OTHER SIDE. PLEASE TURN OVER.

The federal government has required us to identify alternate providers of this service. This list is not intended as a recommendation.

**ProScan Imaging Midtown**
5400 Kennedy Avenue
Cincinnati, OH 45213
Phone (513) 618-1063

**ProScan Imaging**
6 Paul Brown Stadium
Cincinnati, OH 45202
Phone (513) 455-4999

**TriHealth Imaging**
**Good Samaritan Westbourne**
3285 Westbourne Drive
Cincinnati, OH 45248
Phone (513) 569-6777

**Varsity Village Imaging Center**
2650 Varsity Village Drive
Cincinnati, OH 45219
Phone (513) 556-4674

**TriHealth Imaging**
**Good Samaritan Glenway**
6350 Glenway Avenue
Cincinnati, OH 45211
Phone (513) 569-6777

(COMPLETE FORM PRIOR TO APPOINTMENT)

**IMPORTANT!** CERTAIN IMPLANTS, DEVICES OR OBJECTS MAY INTERFERE WITH THE MRI PROCEDURE OR BE HARMFUL TO THE PATIENT! THE MRI MAGNET IS ALWAYS ON!

RIVERHILLS NEUROSCIENCE

**Do you have any of the following?** (All must be checked YES or NO)

| YES | NO | |
|---|---|---|
| | ✓ | COCHLEAR/STAPES/INNER EAR IMPLANT |
| | ✓ | CARDIAC PACEMAKER |
| | ✓ | CARDIOVERTER/DEFIBRILLATOR/CARDIAC LOOP RECORDER or MONITOR |
| | ✓ | ANEURYSM CLIP *(Brain or Aortic)* – Location: ______ |
| | ✓ | ARTIFICIAL HEART VALVE |
| | ✓ | INTRAUTERINE DEVICE - Type: ______ |
| | ✓ | COIL/FILTER/STENT *(Heart, Vena Cava or Other)* – Location: ______ |
| | ✓ | INJURY BY METAL/FOREIGN OBJECT *(Shrapnel/Bullet/BB)* |
| | ✓ | INJURY BY METAL IN HEAD, EYE OR SKIN *(Metal fragments/shavings/slivers)* |
| | ✓ | STIMULATOR/NEUROSTIMLATOR/TENS UNIT/BIOSTIMULATOR |
| | ✓ | IMPLANTED DRUG PUMP *(Insulin/Pain/Chemotherapy/Baclofen)* |

**If you checked "YES" to anything in this box above, you must contact the MRI Center prior to your scan: (513) 721-7226**

| YES | NO | |
|---|---|---|
| | ✓ | Internal Electrodes/Wires – Location: ______ |
| | ✓ | Eye Implant |
| | ✓ | Joint Replacement/Fractured Bones treated with Metal *(Rods, Plates, Pins, Screws, Nails, Clips)* Location: ______ |
| | ✓ | Prosthesis/Artificial Limb/Brace |
| | | Surgical Clips/Staples/Wire Sutures/Metal Mesh |
| ✓ | | Hearing Aid removed |
| | ✓ | Penile Implant |
| | ✓ | Tissue Expander *(Breast, soft tissue, etc)* |
| | ✓ | Shunt *(Spinal or Ventricular)* – Location: ______ |
| | ✓ | Wig/Hair Implants/Clips |
| | ✓ | Removable Dentures/Partial Plate/False Teeth |
| | ✓ | Nicotine or Medication Patch *(Nitroglycerine, Pain, Hormone)* |
| | ✓ | Tattoos/Permanent Makeup Tattoo/Magnetic Eyelashes |
| | ✓ | Body Piercing – Location: ______ |
| | ✓ | Are You Pregnant/Breastfeeding? |
| | ✓ | Other Type of Implanted Item (Please List): ______ |

## FOR PATIENTS RECEIVING CONTRAST / GADOLINIUM INJECTION

Gadolinium-DTPA is a contrast agent that has been approved by the Food and Drug Administration for use in MRI scans. The side effects of Gadolinium contrast have been reported to include, but are not limited to, nausea, vomiting, headaches, and allergic reaction.

**Do you have any of the following?** (All must be checked YES or NO)

| YES | NO | |
|---|---|---|
| | ✓ | Kidney Cancer/Failure/Insufficiency/Transplant |
| | ✓ | Diabetes |
| | ✓ | Hypertension/High Blood Pressure |
| | ✓ | Liver Disease/Transplant/Hepatitis |
| | ✓ | Medicine Allergies IF YES, Types: ______ |

Consult the technologist if you have any questions *before* you enter the MRI room

I have read this consent form and checklist, or have had it read to me. I have had the opportunity the ask questions about Gadolinium and I consent to the use of Gadolinium in my case, if applicable.

**PATIENT'S SIGNATURE** [signature] **DATE** 10-29-20

**PARENT/GUARDIAN SIGNATURE** ______ **TECH'S INITIALS** [initials]

## Intelerad - Radiology - Reports MRI and MRA

**Report Status:** Final Results

**Patient Information:**

**Name:** Schmidt, Kenneth H **PatientID:** 203797 **Sex:** Male **DOB:** 01/16/1938

**Address:** 8771 Carousel Park Circle
Cincinnati, OH 45251 **Phone #:** 5133172006 **SSN:**

**Date of Exam:** 10/29/2020 14:20:59

**Date Reported:** 10/29/2020 15:10:14 **Information:**

**Ordering Provider:** Neumann, Christopher E

---

**Report Name** **Facility**

---

### MRI Lumbar without contrast - RHI

Exam:MRI Lumbar without contrast - RHI

Date:10/29/2020 14:20 EDT

Indication: Lower back pain

Comparison: None

Technique: Multiplanar multisequence MR images obtained of the lumbar spine without intravenous contrast.

Contrast: None

FINDINGS:

Localizer images and extraspinal structures: Left renal cysts.

Marrow signal/bony structures: Multilevel degenerative endplate signal changes, with Modic 1 signal change at L2-L3 and Modic 2 signal change at other levels. No suspicious marrow signal.

Alignment: Levoconvex scoliosis of the lumbar spine measures approximately 15 degrees from L2-L4. There is 7 7 mm grade 1 spondylolisthesis at L5-S1 in the setting of L5 spondylolysis (pars defects).

Conus, cauda equina, and spinal canal: Conus terminates normally at the upper L4 level. Cauda equina nerve roots are unremarkable. Congenital short pedicles contributes to baseline thecal sac narrowing.

Paravertebral soft tissues: Normal.

Postoperative changes: None identified.

Degenerative findings:

Multilevel disc desiccation with height loss and endplate spurring, severe at L2-L3 and L4-L5, moderate to

[Digital Signature Validated]

severe at L5-S1, and moderate at other levels. There is multilevel Schmorl's node deformity.

L1-L2: Mild disc bulge with endplate spurring, asymmetric to the left. Mild bilateral facet hypertrophy and ligamentous thickening. Mild central canal stenosis. Mild bilateral L1 foraminal stenosis.

L2-L3: Moderate disc bulge with diffuse endplate spurring, asymmetric to the right, likely contacting the extraforaminal right L2 nerve root. Moderate bilateral facet hypertrophy with ligamentous thickening. Mild to moderate trefoil central canal stenosis and bilateral subarticular zone narrowing. Moderate right, mild left L2 foraminal stenosis.

L3-L4: Moderate disc bulge with diffuse endplate spurring. Moderate facet hypertrophy with ligamentous thickening. Mild trefoil central canal stenosis with bilateral subarticular zone narrowing. Mild bilateral L3 foraminal stenosis.

L4-L5: Mild disc bulge with endplate spurring. Left lateral disc osteophyte complex contacts the extraforaminal left L4 nerve root. Moderate bilateral facet hypertrophy with ligamentous thickening. Mild bilateral subarticular zone narrowing. Severe left L4 foraminal stenosis.

L5-S1: Moderate disc bulge/pseudobulge with endplate spurring, with disc material contacting both extraforaminal L5 nerve roots. Moderate bilateral facet hypertrophy. Severe left, moderate right L5 foraminal stenosis.

IMPRESSION:

Multilevel degenerative disc disease and facet arthropathy as detailed. There is levoconvex scoliosis of the the lumbar spine.

Grade 1 spondylolisthesis at L5-S1 in the setting of L5 spondylolysis (pars defects).

Mild-to-moderate central canal stenosis at L2-L3. Mild central canal stenosis at L1-L2 and L3-L4.

Severe left L4 and left L5 foraminal stenosis. Other areas of lesser foraminal stenosis as detailed.

Disc bulge and endplate spurring or disc osteophyte complexes contact several the extraforaminal nerve roots roots as detailed, which could result in nerve root irritation.

Electronically signed by Daniel Wannemacher, MD

Riverhills Diagnostic Center - 4805 Montgomery Road, Suite 150 - Cincinnati, OH 45212 - (513)721-7226

---

[Digital Signature Validated]

# Riverhills Neuroscience Second Floor
# Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Kenneth Schmidt | **Visit Date:** | November 17, 2020 |
| **Patient ID:** | 203797 | **Provider:** | Christopher E. Neumann, MD |
| **Sex:** | Male | **Location:** | Riverhills Neuroscience Second Floor |
| **Birthdate:** | January 16, 1938 | **Location Address:** | 4805 Montgomery Rd<br>Suite 210<br>Cincinnati, OH 45212-2280 |
| **Primary Care Provider:** | Ronald M. Gall MD | | |
| **Referring Provider:** | Ronald M. Gall MD | **Location Phone:** | (513) 791-6400 |

## Chief Complaint

- MRI results

## History Of Present Illness

Kenneth H. Schmidt returns today for neurosurgical follow up.

All appropriate measures to prevent potential spread of the COVID-19 virus were employed during the patient visit today (screening for symptoms of infection, temperatures taken upon arrival, use of masks by the patient, staff and provider, incorporating social distancing whenever appropriate, limiting time in the waiting room area, etc.).

Kenneth was last seen October 12. He is an 82-year-old with low back pain, radiating pain down the left leg. He has neurogenic claudication. He denies right sided symptoms. He is here with an MRI of his lumbar spine without contrast. He is here with his wife. His examination is unchanged.

## Past Medical History

| Disease Name | Date Onset | Notes |
|---|---|---|
| Alzheimer disease | 01/30/2017 | -- |
| Alzheimer's dementia with behavioral disturbance | 04/06/2017 | He still has behavioral disturbance and has probably not really learned what is right. His family is very concerned about what will happen when hi girl-friend is released from prison. |
| Anxiety | 04/30/2018 | -- |
| Arthritis | -- | -- |
| Arthritis | 04/06/2017 | -- |
| Cancer | -- | -- |
| Dementia due to another general medical condition, without behavioral disturbance | 01/30/2017 | -- |
| Dementia due to general medical condition | 04/30/2018 | -- |
| Depression | 10/17/2017 | -- |
| Fatigue | 04/06/2017 | -- |
| Heart disease | -- | -- |
| Low back pain | 04/30/2018 | -- |
| Lumbar radiculopathy | 10/12/2020 | -- |
| Pain, low back | 10/12/2020 | -- |
| Spinal stenosis of lumbar region without neurogenic claudication | 10/12/2020 | -- |
| Tremor, essential | 01/30/2017 | He may have a mild degree of essential tremor and will be treated for that. |

## Past Surgical History

| Procedure Name | Date | Notes |
|---|---|---|
| ** Other (please specify) | -- | prostate |
| Appendectomy | -- | -- |
| Knee Replacement | -- | -- |
| Open Heart | -- | -- |
| Shoulder surgery | -- | -- |

| | | |
|---|---|---|
| Tonsillectomy | -- | -- |

## Medication List

| Name | Date Started | Instructions |
|---|---|---|
| amlodipine 2.5 mg oral tablet | | take 1 tablet (2.5 mg) by oral route once daily |
| aspirin 81 mg oral tablet,delayed release (DR/EC) | | take 1 tablet (81 mg) by oral route once daily |
| B-100 Complex oral tablet | | take 1 tablet by oral route daily |
| C-500 oral | | -- |
| chromium picolinate 200 mcg oral tablet | | take 1 tablet by oral route daily |
| Co Q-10 200 mg oral capsule | | take 1 capsule by oral route daily |
| donepezil 10 mg oral tablet | 10/19/2020 | TAKE 1 TABLET EVERY EVENING |
| lecithin 1,200 mg oral capsule | | take 1 capsule by oral route daily |
| meloxicam 15 mg oral tablet | | take 1 tablet (15 mg) by oral route once daily |
| memantine 10 mg oral tablet | 10/19/2020 | TAKE 1 TABLET TWICE DAILY |
| metoprolol succinate 25 mg oral tablet extended release 24 hr | | take 1 tablet (25 mg) by oral route once daily |
| primidone 250 mg oral tablet | 11/18/2019 | take 1 tablet by oral route daily |
| selenium 200 mcg oral tablet | | take 1 tablet by oral route daily |
| sertraline 25 mg oral tablet | 06/08/2020 | take 2 tablets (50 mg) by oral route once daily |
| simvastatin oral | | -- |

## Allergy List

| Allergen Name | Date | Reaction | Notes |
|---|---|---|---|
| NO KNOWN DRUG ALLERGIES | -- | -- | -- |

## Family Medical History

| Disease Name | Relative/Age | Notes |
|---|---|---|
| Cancer | Mother/ | -- |
| Heart disease | Brother/<br>Father/ | -- |
| Arthritis | Grandfather (maternal)/<br>Grandmother (maternal)/<br>Mother/ | -- |
| BleedingDisorder | Brother/ | -- |

## Social History

| Finding | Status | Start/Stop | Quantity | Notes |
|---|---|---|---|---|
| Alcohol | Light | --/-- | -- | -- |
| Divorced | -- | --/-- | -- | -- |
| Illicit drugs | Never | --/-- | -- | -- |
| Lives in house, condo or apartment | -- | --/-- | -- | -- |
| Lives with Significant Other | -- | --/-- | -- | Ex-wife |

Case: 1:25-cv-00706-MWM Doc #: 22-2 Filed: 09/17/26 Page: 34 of 76 PAGEID #: 55



| | | | | |
|---|---|---|---|---|
| Retired | -- | --/-- | -- | -- |
| Tobacco | Never | --/-- | -- | -- |

## Review of Systems

**Constitutional**
- **Admits** : Implants
- **Denies** : any chance of pregnancy?, excessive daytime sleepiness, fatigue, fever, low energy, trouble getting to sleep, trouble staying asleep, weight gain, weight loss, cardioverter or defibrillator, intrauterine device, spinal cord stimulator/TENS unit, neurostimulator, shunt (spinal or ventricular), cardiac pacemaker, artificial heart valve/vena cava filter, shrapnel/metal fragments in head, eye, skin, implanted pump, cochlear/stapes inner ear implant, brain aneurysm or heart aortic clip, stent (cardiac or other), insulin pump, nicotine or medication patch

**Eyes**
- **Denies** : blurred vision, double vision, loss of vision

**HENT**
- **Admits** : hearing loss
- **Denies** : loss of sense of smell, ringing in your ears

**Cardiovascular**
- **Denies** : chest pain, palpitations

**Respiratory**
- **Denies** : shortness of breath

**Gastrointestinal**
- **Denies** : constipation, diarrhea, heartburn, nausea, vomiting

**Genitourinary**
- **Admits** : trouble with erection (men)
- **Denies** : discomfort/burning, loss of bladder control , loss of desire for sex, menopause/menopausal symptoms (women), urgency to urinate/frequency

**Integument**
- **Admits** : itching
- **Denies** : change in hair or nails, change in skin color, rash

**Neurologic**
- **Denies** : confusion, falling down, headaches, incoordination, involuntary movements or jerking, lightheaded or dizzy, loss of consciousness/fainting/passing out, numbness , seizure or convulsion, spinning or vertigo, swallowing problems, tingling, tremor, trouble speaking, trouble walking, trouble swallowing, weakness

**Musculoskeletal**
- **Admits** : joint pain or swelling
- **Denies** : back pain, muscle pain or cramps, neck pain

**Endocrine**
- **Admits** : heat or cold intolerance
- **Denies** : increased thirst, loss of hair

**Psychiatric**
- **Admits** : anxiety
- **Denies** : depressed mood, hallucinations (seeing or hearing things), memory loss

**Heme-Lymph**
- **Denies** : anemia, easy bruising or bleeding, slow to heal after cuts

**Allergic-Immunologic**
- **Denies** : allergic reaction to medicine or xray dye

## Vitals

| Date | Time | BP | Position | Site | Cuff L\R Size | HR | RR | TEMP (F) | WT | HT | BMI kg/m$^2$ | BSA m$^2$ | O2 Sat | FR L/min | FiO2 | HC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/17/2020 | 12:10 PM | 131/69 | Sitting | | | 60 - R | | 97.2 | 169lbs 0oz | 5' 7" | 26.47 | 1.9 | | | | |

## Results

[Digital Signature Validated]

DIAGNOSTIC STUDIES:

MRI reviewed independently by me shows a spondylolisthesis of L5-S1 with severe left foraminal stenosis. He has multilevel degenerative changes in the remainder of his spine.

## Assessment

- Spondylolisthesis, lumbar region 738.4/M43.16

IMPRESSION:

1. Spondylolisthesis.

2. Lumbar radiculopathy.

## Plan

**Orders**
- No controlled drugs for chronic pain prescribed by me (SCHD3) - 738.4/M43.16 - 11/20/2020

**Medications**
- Medications have been Reconciled
- Transition of Care or Provider Policy

**Instructions**
- Total face to face time with the patient was 25 minutes with greater than 50% of the time spent counseling the patient.

**Disposition**
- follow up prn

**Correspondence**
- CC this document (Ronald M. Gall MD) - 11/17/2020

Recommendations:

His surgical option would be an L5-S1 transforaminal lumbar interbody fusion. I would not be able to perform a laminoforaminotomy given his spondylolisthesis. We discussed age as a risk factor. He deferred surgery. I'll refer him for injections. I answered his questions and he was in agreement.

Christopher Neumann, M.D.

CN/wh

**Electronically Signed by:** Christopher E. Neumann, MD -Author on November 20, 2020 11:53:47 AM

[Digital Signature Validated]

# Riverhills Neuroscience Second Floor
# Confidential Neuropsychological Evaluation

| | | | |
|---|---|---|---|
| **Patient Name:** | Kenneth Schmidt | **Visit Date:** | December 15, 2020 |
| **Patient ID:** | 203797 | **Provider:** | Megan Marlow O'Connor, PHD |
| **Sex:** | Male | **Location:** | Riverhills Neuroscience Second Floor |
| **Birthdate:** | January 16, 1938 | **Location Address:** | 4805 Montgomery Rd<br>Suite 210<br>Cincinnati, OH 45212-2280 |
| **Primary Care Provider:** | Ronald M. Gall MD | | |
| **Referring Provider:** | John P. Kachoris MD | **Location Phone:** | (513) 791-6400 |

## NEUROPSYCHOLOGICAL EVALUATION
## ** CONFIDENTIAL **

| | | | |
|---|---|---|---|
| **Name:** | **Kenneth Schmidt** | **Education:** | **16 years** |
| **DOB:** | **01/16/1938 (82)** | **Occupation:** | **Retired** |
| **DOE:** | **12/15/2020** | **Handedness:** | **Right** |
| **Referral:** | **John Kachoris, MD** | | |

***Annotated History/Clinical Interview***: *Information in this section was obtained through a clinical interview with Mr. Schmidt, a collateral telephone interview with his son and guardian, Jeff Schmidt, and a review of available medical records. Jeff Schmidt could not attend todays appointment due to Covid-19 quarantine and he provided verbal consent via telephone for treatment (neuropsychological evaluation) of Mr. Schmidt. Mr. Schmidt provided written assent to the evaluation.*

Mr. Kenneth Schmidt, an 82-year-old, Caucasian, right-handed male with 16 years of formal education, was referred by his neurologist, Dr. Kachoris, for a clinical neuropsychological evaluation to assess his current neurocognitive and emotional functioning. Mr. Schmidt reported he was appointed a guardian (son, Jeff Schmidt) in 2017 and he would now like his guardianship status reversed so he can modify his will.

Mr. Schmidt and his son described a complicated history, which will be summarized here. Mr. Schmidt stated he was appointed a guardian (son, Jeff Schmidt) in 2017 after I had an MRI that showed Alzheimers disease. Upon further questioning, Mr. Schmidt acknowledged he had given away money to a girlfriend he had at that time. He stated he was unsure of the amount but believed it to be less than $10,000 although his son reported it was approximately $30,000 in checks plus additional cash gifts over three years. Mr. Schmidt stated his then-girlfriend stole valuable rare coins from him. She was ultimately prosecuted and served jail time. Mr. Schmidt stated he is no longer involved with this person and expressed regret at his behavior. Mr. Schmidt denied any additional instances of loaning large sums of money or being scammed or of being taken advantage. Mr. Schmidt stated he would like to have guardianship reversed so that he can modify his will to include a daughter he recently found out about (she had been put up for adoption) and to restructure his will to leave his condo to another daughter. Mr. Schmidt reported he has been told he cannot modify his current will or create another will while under guardianship.

Cognitively, Mr. Schmidt reports occasional short-term memory difficulty, such as forgetfulness for information he has read or misplacing personal items. He also reported occasional word retrieval difficulty, forgetfulness for names, and slowed thinking speed. Mr. Schmidt stated he does not repeat

himself, is not forgetful for conversations, and has not experienced a decline in his problem-solving, decision-making, or reasoning. Despite being appointed a guardian in 2017 Mr. Schmidt reportedly continues to manage all his independent activities of living, with the exception of his finances, which are managed by Jeff. Mr. Schmidt receives a monthly allowance (approximately $500 on a prepay Visa card and $200 in cash) which he manages without difficulty. Mr. Schmidt resides with his ex-wife (married and divorced 3 times) and engages in household activities such as light cleaning, shopping, and small meal preparation/cooking. He continues to manage his medications without reported difficulty, noting that the pharmacy calls him with refill reminders. Mr. Schmidt manages his appointments without reported issue. He continues to drive without reported incident. He remains independent in self-care activities such as bathing, dressing, and grooming.

In contrast to Mr. Schmidts report, Mr. Schmidts son Jeff reported concerns about Mr. Schmidts susceptibility to undo influence and scams. Jeff reported Mr. Schmidt has been targeted by online scammers (~2018) and he tried to transfer money to the individuals via his bank. Jeff reported the bank employees realized what was happening and notified Jeff. No money was transferred and Jeff removed Mr. Schmidts computer at that time. Jeff also indicated that Mr. Schmidt is susceptible to requests from family members for financial assistance. Jeff stated he can no longer provide Mr. Schmidt with an (emergency) blank, signed check due to Mr. Schmidts use of them to provide money to family members without first consulting Jeff. Jeff also stated Mr. Schmidt has attempted (and in some cases, succeeded) making changes to his annuities and the title of his condo even while under guardianship and without Jeffs knowledge. Jeff stated that Mr. Schmidt and his ex-wife-initiated visits with Dr. Kachoris without his (Jeffs) knowledge although he is required to be notified of healthcare appointments and decisions. Jeff reported concern about Mr. Schmidts relationship with his ex-wife, noting that they have been married and divorced three times and that his ex-wife is reliant on Mr. Schmidt for financial support. Jeff acknowledged that Mr. Schmidt pays for their living expenses but has not recently provided his ex-wife with large amounts of money or extravagant gifts. Jeff also noted concern that Mr. Schmidts ex-wife may try to take advantage of Mr. Schmidt should he no longer be under guardianship. Finally, Jeff reported Mr. Schmidt demonstrates occasionally short-term memory difficulty and is reliant on his ex-wife for reminders of medications and appointments and that she performs most of the household tasks. He noted Mr. Schmidt has always been inattentive while driving but has not been involved in recent accidents or incidents. He agreed Mr. Schmidt is independent in self-care activities and demonstrates appropriate health behaviors (e.g., sleep habits, eating/nutrition habits, medication compliance, alcohol use, exercise, etc).

Personal medical history includes tremor, hypertension, high cholesterol, heart disease, CABG procedure (~2000), and prostate cancer (~2000). Mr. Schmidt did not report a psychiatric history. Current medications include primidone, amlodipine, simvastatin, meloxicam, sertraline, metoprolol, aspirin, donepezil, and memantine. Mr. Schmidts sleep patterns are described as regular and restorative (12am to 10am). He experiences occasional fatigue in the afternoon and may doze while watching television. Health behaviors include non-smoker, no alcohol or caffeine use, regular exercise at the gym (treadmill and weights, not as frequently due to Covid-19 pandemic), two meals a day (lunch and dinner), and 1-2 glasses of water a day. Family medical history is unremarkable. In regard to his academic and occupational history, Mr. Schmidt completed 16 years of formal education and described himself as an average student who did not require formal accommodations or interventions. He was primarily employed as a claims analysist until he retired in 1999. He continued to work on a limited basis until 2009 when he fully retired. Mr. Schmidt resides with his ex-wife, to whom he married and divorced three times. He has five adult children (4 from first marriage, 1 from prior relationship), with whom he

described generally supportive relationships.

***Behavioral Observations:*** Due to the Covid-19 pandemic precautions were taken to minimize Covid-19 exposure, including handwashing by both the patient and examiner, use of PPE (masks) by both the patient and the examiner, use of a plexiglass barrier on the desk separating the patient and examiner, minimal handling of test materials and stimuli by the patient, and frequent breaks. Separate hand sanitizer dispensers were available for both the patient and examiner. High touch areas in the office (e.g., door handle, chairs, desks) and test materials were sanitized with medical grade sanitizing wipes/spray before and after the appointment.

Mr. Schmidt arrived on-time and was unaccompanied to the evaluation. Mr. Schmidts guardian and son, Jeff Schmidt, participated in the clinical interview and feedback session via telephone due to the Covid-19 pandemic. Additional feedback via telephone was provided separately to Mr. Schmidt and Jeff Schmidt on 12/16/2020. Mr. Schmidt was alert, neatly dressed and groomed, and fully oriented. He was an adequate personal historian, although details and clarification about the reason he was provided a guardian was provided by his son. Mr. Schmidt wore glasses and vision and hearing were within normal limits. Mr. Schmidts spontaneous speech was fluent and normal in terms of rate, rhythm, volume, and prosody. Receptive language skills were intact. Thought processes were rational and organized and thought content appropriate to the testing situation. Reported mood was euthymic and affect was bright and wide-ranging. Mr. Schmidt was cooperative, focused, and motivated throughout the evaluation. He understood simple instructions but complex instructions required repetition. Results are considered a valid representation of his current neurocognitive functioning.

***Assessment Results***: *(Test List and Scores Supplied Upon Request)*

| | |
|---|---|
| Estimated Premorbid Intellect | Average/High Average |
| Attention | Average |
| Working Memory | Average to Above Average |
| Processing Speed | Low Average |
| Executive Functioning | Exceptionally Low (novel problem-solving) to Average |
| Visuospatial | Average |
| Language | Average to Low Average (speeded fluency) |
| Verbal Learning and Memory | Average to Low Average Encoding, Consolidation, Delayed Spontaneous Retrieval, and Recognition |
| Visual Learning and Memory | Average Encoding, Consolidation, and Delayed Spontaneous Retrieval |
| Psychological and Emotional | No evidence of depression/anxiety |

***Diagnostic Impressions/Recommendations:*** Results of the present neuropsychological evaluation indicate Mr. Schmidt is a man of average/high average premorbid intellectual abilities who demonstrates a mild/moderate impairment in complex executive function and low average performance on tasks of speeded processing. Executive function is characterized by average verbal abstract reasoning, average speeded mental flexibility and set-shifting, and below average speeded phonemic verbal fluency. Mr. Schmidt performs in the below average to exceptionally low range on a modified novel problem-solving and reasoning task (MWCST). He is able to obtain two categories but could not use examiner feedback to modify his responses, continually switching back and forth between his two initial strategies. Processing speed is in the low average range and impacts his overall mental efficiency and performance

on tasks with a time demand. Other aspects of cognition, including immediate attention, working memory, language abilities , visuospatial skills, and verbal and visual learning and memory are intact (average to above average). Assessment of his mood and emotional functioning indicates Mr. Schmidt is not experiencing a clinical mood or anxiety disorder at this time. Finally, self-report of independent activities of daily living (i.e., driving, medication and appointment management, household responsibilities, self-care) indicates Mr. Schmidt has not experienced a decline in these areas. Jeff noted Mr. Schmidt requires reminders of medications and appointments. Jeff was appointed Mr. Schmidts guardian in 2017 after Mr. Schmidt reportedly gave away a large sum of money and Jeff continues to handle his fathers finances. However, Jeff reported several instances of Mr. Schmidt attempting to surreptitiously give money to family members and has attempted/changed beneficiaries to annuities and his condo title without Jeffs involvement.

Mr. Schmidts neurocognitive impairments, coupled with reported grossly intact independent activities of daily living, meets criteria for a ***Mild Cognitive Impairment (MCI)*** at this time. His cognitive profile (i.e., executive dysfunction and variable processing speed) is consistent with a cardiovascular etiology secondary to his cardiovascular risk factors (e.g., CABG procedure, heart disease, hypertension, high cholesterol) and small vessel ischemic disease and remote left basal ganglia/internal capsule infarct appreciated on 2017 neuroimaging. His current neurocognitive profile is not suggestive of Alzheimers disease as he does not demonstrate hallmark characteristics such as rapid forgetting or semantic language dysfunction.

Based on the current evaluation, the following is recommended:

1. Continued consultation with Dr. Kachoris regarding the use of acetylcholinesterase inhibitors to manage his cognition.

2. No major lifestyle changes are recommended at this time. Mr. Schmidt would benefit from engaging in regular physical exercise and regular social activities as the Covid-19 pandemic limitations allow.

To aid in his cognitive difficulties, Mr. Schmidt would benefit from compensatory strategies that incorporate repetition of information, contextual cues, and recognition of material. Additional strategies include:

Simple lists and notes left in obvious places to remind him of tasks and activities.
The use of calendars and color coding.
Alarms set as reminders.
Avoid multitasking and allow ample and uninterrupted time when completing demanding or new tasks.
Minimize distractions in his environment, such as television or radio, when completing tasks.
Structured routine, including looking at his calendar twice a day with family members and writing important information in a highly visible area (e.g., whiteboard).
Establishing a routine and schedule for daily tasks such as medication and self-care activities.
Adhering to a regular bedtime and waketime and minimizing napping.
Continued engagement in social activities, cognitive exercises, and physical exercises, particularly those activities that provide him with a sense of enjoyment and accomplishment.

Dr. Kachoris, thank you for allowing me to participate in Mr. Schmidts care. A copy of this report will be sent to Jeff Schmidt, Mr. Schmidts son and guardian. Verbal consent was provided by Jeff Schmidt

for me to provide Mr. Schmidt with the results of the evaluation. If you have any questions or concerns, please feel free to contact me at 513-791-8080.

_______________________________

Megan Marlow-OConnor, Ph.D., ABPP-CN
Licensed Psychologist #6590
Board Certified Clinical Neuropsychologist

Cc: Jeff Schmidt
7620 Thompson Road
Cincinnati, OH 45247

**Electronically Signed by:** Megan Marlow O'Connor, PHD -Author on December 18, 2020 05:27:05 PM

[Digital Signature Validated]

# Riverhills Neuroscience Second Floor
# Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Kenneth Schmidt | **Visit Date:** | January 12, 2021 |
| **Patient ID:** | 203797 | **Provider:** | John P. Kachoris, MD |
| **Sex:** | Male | **Location:** | Riverhills Neuroscience Second Floor |
| **Birthdate:** | January 16, 1938 | **Location Address:** | 4805 Montgomery Rd<br>Suite 210<br>Cincinnati, OH 45212-2280 |
| **Primary Care Provider:** | Ronald M. Gall MD | | |
| **Referring Provider:** | Ronald M. Gall MD | **Location Phone:** | (513) 791-6400 |

## Chief Complaint

- F/U Neuropsych testing

## History Of Present Illness

I performed this clinical encounter by utilizing a real-time telehealth video connection between office and the patient's home. The patient's location was confirmed during this visit. I obtained verbal consent from the patient to perform this clinical encounter utilizing video and prepared the patient by answering any questions they had about the telehealth interaction.

Approximately 7 minutes were spent with the patient, of which more than 50% of the time was spent in counseling and/or coordinating care on 1/12/2021. The patient understands and agrees with the plan of care outlined.

Follow-up visit. Kenneth H. Schmidt was last seen in the office on 12/15/2020. He is unaccompanied.

- Spoke with pt and his son (POA/Jeff)- Pt had a question about his medications (namely, donepezil and memantine) as well as my take on the neuropsych testing that he had

**Impression & Plan**

- Explained to pt that I had spoken to his son, Jeff, prior to Christmas regarding the neuropsych testing and that I knew they had both spoken to Dr. O'Connor about it as well- Told him that it demonstrated he had mild cognitive impairment (MCI) which is not what we expect in normal aging, and therefore he had cog decline worse than would be expected just based on his age- Also explained that it is not the same as dementia, however, and therefore we cannot say that he has that (ie, Alzheimer's, etc)- It also showed that he seems to have the capacity for his own decision making but that the only information I have to go on to be able to objectively assess his cognition is that testing- Therefore, if there is a discrepency between the testing results and what his family has noticed or is concerned about, the only person who can make a determination as to his capacity to make decisions (ie, reverse the guardianship that his son has over him) is a judge- I have no knowledge of how that process works or what the next steps would be, but that it might involve repeating the testing with a different provider to see if there is a consistent result- Answered his questions about memantine and donepezil (he was unaware that the donepezil was a cholinesterase inhibitor and had heard this term thinking he was supposed to be on it as well)- Also reiterated that these two medications are shown only to slow down any cognitive decline, specifically if it is Alzheimer's disease. There is less evidence that it will do much for MCI- Needless to say, him being on the medications is very unlikely the reason why he did better on his testing- For now will go ahead and continue him on both.- He understood all of this and had no further questions. Both he and his son Jeff thanked me for my time- RTC: 1yr/prn

**Test Results**

none new

## Past Medical History

Alzheimer disease; Alzheimer's dementia with behavioral disturbance; Anxiety; Arthritis; Arthritis; Cancer; Dementia due to another general medical condition, without behavioral disturbance; Dementia due to general medical condition; Depression; Fatigue; Heart disease; Low

back pain; Lumbar radiculopathy; Pain, low back; Spinal stenosis of lumbar region without neurogenic claudication; Spondylolisthesis, lumbar region; Tremor, essential

## Past Surgical History

** Other (please specify); Appendectomy; Knee Replacement; Open Heart; Shoulder surgery; Tonsillectomy

## Medication List

| Name | Date Started | Instructions |
|---|---|---|
| amlodipine 2.5 mg oral tablet | | take 1 tablet (2.5 mg) by oral route once daily |
| aspirin 81 mg oral tablet,delayed release (DR/EC) | | take 1 tablet (81 mg) by oral route once daily |
| B-100 Complex oral tablet | | take 1 tablet by oral route daily |
| C-500 oral | | -- |
| chromium picolinate 200 mcg oral tablet | | take 1 tablet by oral route daily |
| Co Q-10 200 mg oral capsule | | take 1 capsule by oral route daily |
| donepezil 10 mg oral tablet | 10/19/2020 | TAKE 1 TABLET EVERY EVENING |
| lecithin 1,200 mg oral capsule | | take 1 capsule by oral route daily |
| meloxicam 15 mg oral tablet | | take 1 tablet (15 mg) by oral route once daily |
| memantine 10 mg oral tablet | 10/19/2020 | TAKE 1 TABLET TWICE DAILY |
| metoprolol succinate 25 mg oral tablet extended release 24 hr | | take 1 tablet (25 mg) by oral route once daily |
| primidone 250 mg oral tablet | 11/18/2019 | take 1 tablet by oral route daily |
| selenium 200 mcg oral tablet | | take 1 tablet by oral route daily |
| sertraline 25 mg oral tablet | 06/08/2020 | take 2 tablets (50 mg) by oral route once daily |
| simvastatin 20 mg oral tablet | | take 1 tablet (20 mg) by oral route once daily in the evening |

## Allergy List

NO KNOWN DRUG ALLERGIES

Allergies Reconciled

## Family Medical History

Cancer; Heart disease; Arthritis; BleedingDisorder

## Social History

Alcohol (Light); Divorced; Illicit drugs (Never); Lives in house, condo or apartment; Lives with Significant Other; Retired; Tobacco (Never)

## Review of Systems

**Constitutional**

- **Denies** : excessive daytime drowsiness, fatigue, fever, low energy, trouble getting to sleep, trouble staying asleep, weight gain, weight loss, Implants, cardioverter or defibrillator, intrauterine device, spinal cord stimulator/TENS unit, neurostimulator, shunt (spinal or ventricular), cardiac pacemaker, artificial heart valve/vena cava filter, shrapnel/metal fragments in head, eye, skin, implanted pump, cochlear/stapes inner ear implant, brain aneurysm or heart aortic clip, stent (cardiac or other), insulin pump, nicotine or medication patch

**Eyes**

- **Denies** : blurred vision, double vision, loss of vision

**HENT**
- **Denies** : loss of sense of smell, hearing loss, ringing in your ears

**Cardiovascular**
- **Denies** : chest pain, palpitations

**Respiratory**
- **Denies** : shortness of breath

**Gastrointestinal**
- **Denies** : constipation, diarrhea, heartburn, nausea, vomiting

**Genitourinary**
- **Denies** : discomfort and burning, loss of bladder control , loss of desire for sex, urgency to urinate

**Integument**
- **Denies** : change in hair or nails, change in skin color, itching, rash

**Neurologic**
- **Admits** : lightheaded or dizzy
- **Denies** : confusion, falling down, headaches, incoordination, involuntary movements or jerking, loss of consciousness/fainting/passing out, numbness , seizure or convulsion, spinning or vertigo, swallowing problems, tingling, tremor, trouble speaking, trouble walking, weakness

**Musculoskeletal**
- **Denies** : back pain, joint pain or swelling, muscle pain or cramps, neck pain

**Endocrine**
- **Denies** : heat or cold intolerance, increased thirst, loss of hair

**Psychiatric**
- **Denies** : anxiety, depressed mood, hallucinations (seeing or hearing things), memory loss

**Heme-Lymph**
- **Denies** : anemia, easy bruising or bleeding, slow to heal after cuts

**Allergic-Immunologic**
- **Denies** : allergic reaction to medicine or xray dye

## Vitals

| Date | Time | BP | Position | Site | Cuff L\R Size | HR | RR | TEMP (F) | WT | HT | BMI kg/m$^2$ | BSA m$^2$ | O2 Sat | FR L/min | FiO2 | HC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/12/2021 | 10:25 AM | | | | | | | | 170lbs 0oz | 5' 7" | 26.63 | 1.91 | | | | |

VOV. Pt self-reported height & weight.

## Physical Examination

**Neurologic**
- **Mental Status Examination** :
  - **Mental Status** : A&O x3; pleasant & appropriate
  - **Language** : Speech & Language: no aphasia; no dysarthria
- **Cranial Nerves** : Cranial nerves: pupils symmetric; no notable dysconjugate gaze; no facial asymmetry
- **Motor Function** : moves all extremities equally, fully, and symmetrically
- **Gait and Station** : Normal; no ataxia
- **Other** : no adventitious movements noted

**Constitutional**
- **Appearance** : well-developed, well-nourished, no apparent distress

**Respiratory**
- **Lungs** : breathing regular, non-labored, no audible wheezes

**Psychiatric**
- **Mood and Affect** : Normal affect, mood, behavior

## Assessment

- Tremor, essential 333.1/G25.0

[Digital Signature Validated]

He may have a mild degree of essential tremor and will be treated for that.

- Mild cognitive impairment 331.83/G31.84

Problems Reconciled

## Plan

**Orders**

- No controlled drugs for chronic pain prescribed by me (SCHD3) - - 01/12/2021

**Medications**

- donepezil 10 mg oral tablet
  SIG: TAKE 1 TABLET EVERY EVENING
  DISP: (90) Tablet with 3 refills
  **Adjusted on 01/12/2021**

- memantine 10 mg oral tablet
  SIG: TAKE 1 TABLET TWICE DAILY
  DISP: (180) Tablet with 3 refills
  **Adjusted on 01/12/2021**

- primidone 250 mg oral tablet
  SIG: take 1 tablet by oral route daily
  DISP: (90) Tablet with 3 refills
  **Adjusted on 01/12/2021**

- sertraline 25 mg oral tablet
  SIG: take 2 tablets (50 mg) by oral route once daily
  DISP: (180) Tablet with 3 refills
  **Adjusted on 01/12/2021**

- Medications have been Reconciled
- Transition of Care or Provider Policy

**Disposition**

- Care Transition

**Correspondence**

- CC this document (Ronald M. Gall MD) - 01/12/2021

**Electronically Signed by:** John P. Kachoris, MD -Author on January 12, 2021 11:11:02 AM

# Riverhills Neurology Fourth Floor
# Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Kenneth Schmidt | **Visit Date:** | March 1, 2022 |
| **Patient ID:** | 203797 | **Provider:** | Samantha DiMeo, NP |
| **Sex:** | Male | **Location:** | Riverhills Neurology Fourth Floor |
| **Birthdate:** | January 16, 1938 | **Location Address:** | 4805 Montgomery Rd<br>Suite 410<br>Cincinnati, OH 452122280 |
| **Primary Care Provider:** | Ronald M. Gall MD | | |
| **Referring Provider:** | Shon Michael MD | **Location Phone:** | (513) 241-2370 |

## Chief Complaint

- Tremor

## History Of Present Illness

Kenneth Schmidt is an 84 year old man being seen today for TIA/hospital follow up. He is a former patient of Dr. Kachoris and Dr. Zadikoff, whom he saw for tremor and mild cognitive impairment, consistent with cardiovascular etiology and small vessel ischemic disease. He is accompanied by his ex-wife, Loretta.
He is on primidone 250mg daily for tremor and donepezil 10mg daily and memantine 10 mg daily for dementia.

Loretta explains that on February 12th he became aphasic and had right sided weakness (upper and lower extremities). His symptoms were resolved by the time he arrived at the ER.
CT head showed age-indeterminate area of hypoattenuation in the right parietal lobe, which was new since 2016. There was evidence of chronic small vessel ischemia and chronic age related volume loss and degenerative white matter changes. Repeat head CT on 2/14 showed no hemorrhage or evidence of an evolving acute infarct.
CTA head and neck showed moderate stenosis in the proximal M1 segment of the left MCA, CTA neck revealed no high-grade stenosis or occlusion but did reveal a thickening of the left mid to distal common carotid artery wall that was thought to favor a chronic thrombosed dissection.
MRI brain wo contrast showed moderate chronic small vessel ischemic disease without evidence of acute infarct.
ECHO did not show any evidence of shunting.
HgbA1C 5.6%
HDL 31, otherwise his lipid panel within normal limits

He was started on DAPT with a 28 day course of Clopidogrel 75mg daily in addition to ASA 81mg daily, then monotherapy with ASA 81mg, as well as simvastatin 20mg daily.
He was discharged to an acute rehab center, and is now at home with Loretta, and is receiving PT/OT/ST services.

He feels his tremor is well controlled with Primidone. Neither he nor Loretta feel that his dementia has progressed much. No safety concerns. He stated he wants to drive, but Loretta has reservations about letting him.

## Past Medical History

Alzheimer disease; Alzheimer's dementia with behavioral disturbance; Anxiety; Arthritis; Arthritis; Cancer; Dementia due to another general medical condition, without behavioral disturbance; Dementia due to general medical condition; Depression; Fatigue; Heart disease; Low back pain; Lumbar radiculopathy; Mild cognitive impairment; Pain, low back; Spinal stenosis of lumbar region without neurogenic claudication; Spondylolisthesis, lumbar region; Tremor, essential

## Past Surgical History

** Other (please specify); Appendectomy; Knee Replacement; Open Heart; Shoulder surgery; Tonsillectomy

## Medication List

| Name | Date Started | Instructions |
|---|---|---|

| | | |
|---|---|---|
| amlodipine 2.5 mg oral tablet | | take 1 tablet (2.5 mg) by oral route once daily |
| aspirin 81 mg oral tablet,delayed release (DR/EC) | | take 1 tablet (81 mg) by oral route once daily |
| B-100 Complex oral tablet | | take 1 tablet by oral route daily |
| C-500 oral | | -- |
| chromium picolinate 200 mcg oral tablet | | take 1 tablet by oral route daily |
| Co Q-10 200 mg oral capsule | | take 1 capsule by oral route daily |
| donepezil 10 mg oral tablet | 01/12/2021 | TAKE 1 TABLET EVERY EVENING |
| lecithin 1,200 mg oral capsule | | take 1 capsule by oral route daily |
| meloxicam 15 mg oral tablet | | take 1 tablet (15 mg) by oral route once daily |
| memantine 10 mg oral tablet | 01/12/2021 | TAKE 1 TABLET TWICE DAILY |
| metoprolol succinate 25 mg oral tablet extended release 24 hr | | take 1 tablet (25 mg) by oral route once daily |
| Plavix 75 mg tablet | | take 1 tablet (75 mg) by oral route once daily |
| primidone 250 mg oral tablet | 01/12/2021 | take 1 tablet by oral route daily |
| selenium 200 mcg oral tablet | | take 1 tablet by oral route daily |
| sertraline 25 mg oral tablet | 01/12/2021 | take 2 tablets (50 mg) by oral route once daily |
| simvastatin 20 mg oral tablet | | take 1 tablet (20 mg) by oral route once daily in the evening |

## Allergy List

NO KNOWN DRUG ALLERGIES

## Family Medical History

Cancer; Heart disease; Arthritis; BleedingDisorder

## Social History

Alcohol (Light); Divorced; Illicit drugs (Never); Lives in house, condo or apartment; Lives with Significant Other; Retired; Tobacco (Never)

## Review of Systems

**Constitutional**

- **Denies** : excessive daytime sleepiness, fatigue, fever, low energy, trouble getting to sleep, trouble staying asleep, weight gain, weight loss, Implants, cardioverter or defibrillator, intrauterine device, spinal cord stimulator/TENS unit, neurostimulator, shunt (spinal or ventricular), cardiac pacemaker, artificial heart valve/vena cava filter, shrapnel/metal fragments in head, eye, skin, implanted pump, cochlear/stapes inner ear implant, brain aneurysm or heart aortic clip, stent (cardiac or other), insulin pump, nicotine or medication patch

**Eyes**

- **Denies** : blurred vision, double vision, loss of vision

**HENT**

- **Denies** : loss of sense of smell, hearing loss, ringing in your ears

**Cardiovascular**

- **Denies** : chest pain, palpitations

**Respiratory**

- **Denies** : shortness of breath

**Gastrointestinal**

- **Denies** : constipation, diarrhea, heartburn, nausea, vomiting

**Genitourinary**

- **Denies** : discomfort/burning, loss of bladder control , loss of desire for sex, menopause/menopausal symptoms

(women), trouble with erection (men), urgency to urinate/frequency

**Integument**
- **Denies** : change in hair or nails, change in skin color, itching, rash

**Neurologic**
- **Denies** : confusion, falling down, headaches, incoordination, involuntary movements or jerking, lightheaded or dizzy, loss of consciousness/fainting/passing out, numbness , seizure or convulsion, spinning or vertigo, swallowing problems, tingling, tremor, trouble speaking, trouble walking, trouble swallowing, weakness

**Musculoskeletal**
- **Denies** : back pain, joint pain or swelling, muscle pain or cramps, neck pain

**Endocrine**
- **Denies** : heat or cold intolerance, increased thirst, loss of hair

**Psychiatric**
- **Denies** : anxiety, depressed mood, hallucinations (seeing or hearing things), memory loss

**Heme-Lymph**
- **Denies** : anemia, easy bruising or bleeding, slow to heal after cuts

**Allergic-Immunologic**
- **Denies** : allergic reaction to medicine or xray dye

## Vitals

| Date | Time | BP | Position | Site | Cuff L\R Size | HR | RR | TEMP (F) | WT | HT | BMI $kg/m^2$ | BSA $m^2$ | O2 Sat | FR L/min | FiO2 | HC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/01/2022 | 03:10 PM | 144/68 | Sitting | | | 59 - R | | | 172lbs 0oz | 5' 7" | 26.94 | 1.92 | | | | |

## Physical Examination

GENERAL APPEARANCE: no acute distress, pleasant, cooperative. Appears about stated age.

HEAD: Atraumatic, normocephalic.

EYES: Visual field testing intact to confrontation. Pupils are equal and reactive to light and accommodation. Retinas are normal without hemorrhage or exudate. Optic discs normal.

NECK: Normal range of motion

EXTREMITIES: Warm, well-perfused.

CARDIOVASCULAR:
No peripheral edema

RESPIRATORY:
Normal with no accessory muscles used.

NEUROLOGIC EXAM:
Mental status: alert and oriented to person, place, time and situation. Able to follow commands, language fluent, comprehension intact, long term memory intact.

Cranial nerves: Pupils are equal, round, reactive to light, EOMI, visual fields intact, facial sensation intact and symmetric, facial motor intact and symmetric, uvula midline, palate elevates midline, tongue protrudes midline, and SCM and shoulder shrug 5/5 bilaterally. 8th Cranial Nerve symmetric to finger rub bilaterally.
No papilledema seen on fundoscopy

Motor:
Normal bulk and tone, no pronator drift
Minimal high frequency low amplitude tremor in right hand, worse with intention
No bradykinesia or cogwheeling/rigidiry
5/5 strength in all muscle groups of bilateral upper extremities

5/5 strength in all muscles groups of bilateral lower extremities

Sensory:
Sensory examination was intact throughout to light touch, proprioception
There was no double simultaneous stimulation extinction

Reflexes:
Deep tendon reflexes were 2+ and symmetric throughout
Plantar reflexes were downgoing bilaterally
Hoffmans sign negative bilaterally

Coordination:
Normal finger-nose-finger and heel-to-shin testing

Normal gait; steady, with normal length of stride, normal arm swing, normal floor clearance, no shuffling.

## Assessment

- Mild cognitive impairment 331.83/G31.84
- Tremor, essential 333.1/G25.0
  He may have a mild degree of essential tremor and will be treated for that.
- TIA (transient ischemic attack) 435.9/G45.9

Kenneth returns today in follow-up after TIA. His symptoms of aphasia and right sided weakness resolved quickly. Currently on DAPT with Clopidogrel 75mg and ASA 81mg daily. He was not given enough Clopidogrel for the 28 day course of DAPT. Will provide a refill to get him through. He should then continue ASA and Simvastatin 20mg daily.

He would like to drive, but Loretta is hesitant to let him. He is agreeable to undergoing a formal driving eval. Will place a referral for this.

Plan:
- Clopidogrel 75mg daily x16 days
- Formal driving evaluation
- Follow up in 2 months

Plan of care developed and discussed with collaborating physician, Dr. Shon Michael, MD.

Prolonged visit> 65 mins spent on chart review, history, physical, counseling, documentation.

## Plan

**Orders**
- Driving Evaluation (00003) - 331.83/G31.84, 333.1/G25.0 - 03/01/2022

**Medications**
- clopidogrel oral tablet 75 mg
  SIG: take 1 tablet (75 mg) by oral route once daily for 16 days
  DISP: (16) Tablet with 0 refills
  **Prescribed on 03/01/2022**

- Medications have been Reconciled
- Transition of Care or Provider Policy

**Correspondence**
- CC this document (Ronald M. Gall MD) - 03/01/2022

[Digital Signature Validated]

**Electronically Signed by:** Samantha DiMeo, NP -Author on March 8, 2022 10:37:26 AM

# Riverhills Neurology Fourth Floor
# Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Kenneth Schmidt | **Visit Date:** | May 10, 2022 |
| **Patient ID:** | 203797 | **Provider:** | Samantha DiMeo, NP |
| **Sex:** | Male | **Location:** | Riverhills Neurology Fourth Floor |
| **Birthdate:** | January 16, 1938 | **Location Address:** | 4805 Montgomery Rd<br>Suite 410<br>Cincinnati, OH 452122280 |
| **Primary Care Provider:** | Ronald M. Gall MD | | |
| **Referring Provider:** | Shon Michael MD | **Location Phone:** | (513) 241-2370 |

## Chief Complaint

- Tremor

## History Of Present Illness

Kenneth Schmidt returns today in 2 month follow-up after TIA. He is accompanied by his ex-wife, Loretta. He has a history of tremor, for which he is on primidone 250 mg daily. For mild cognitive impairment, he is on Donepezil 10 mg daily and Memantine 10 mg daily.

His TIA symptoms included aphasia and right sided weakness which resolved quickly. He was initially on DAPT with Clopidogrel 75mg and ASA 81mg daily. He is currently on ASA and Simvastatin 20mg daily.

Sunday morning, while in West Virginia, he woke up with right leg weakness. His right leg gave out when he got out of bed, resulting in a fall. He has fallen twice since then. Loretta says he did not have any other stroke symptoms, so she did not take him to the hospital. No change in cognition, no change in speech, no facial droop, no vision changes, no arm weakness.

He says his leg feels dead. He is unable to lift it. He has extreme difficulty walking with a walker.
He denies any pain in his leg. He has chronic left sided lower back pain. This has not gotten any worse. It does not radiate.
He denies any bowel incontinence or constipation. He has a history of urinary incontinence.

He has a history of lumbar radiculopathy. He was seen by Dr. Neumann in 2020.
Lumbar MRI at that time showed a spondylolisthesis of L5-S1 with severe left foraminal stenosis. Surgery was deferred and he was referred for injections.
He received an injection from his orthopedic doctor 4 months ago.

## Review of Systems

**Constitutional**
- **Denies** : excessive daytime sleepiness, fatigue, fever, low energy, trouble getting to sleep, trouble staying asleep, weight gain, weight loss, Implants, cardioverter or defibrillator, intrauterine device, spinal cord stimulator/TENS unit, neurostimulator, shunt (spinal or ventricular), cardiac pacemaker, artificial heart valve/vena cava filter, shrapnel/metal fragments in head, eye, skin, implanted pump, cochlear/stapes inner ear implant, brain aneurysm or heart aortic clip, stent (cardiac or other), insulin pump, nicotine or medication patch

**Eyes**
- **Denies** : blurred vision, double vision, loss of vision

**HENT**
- **Denies** : loss of sense of smell, hearing loss, ringing in your ears

**Cardiovascular**
- **Denies** : chest pain, palpitations

**Respiratory**
- **Denies** : shortness of breath

**Gastrointestinal**
- **Denies** : constipation, diarrhea, heartburn, nausea, vomiting

**Genitourinary**
- **Denies** : discomfort/burning, loss of bladder control , loss of desire for sex, menopause/menopausal symptoms (women), trouble with erection (men), urgency to urinate/frequency

**Integument**
- **Denies** : change in hair or nails, change in skin color, itching, rash

**Neurologic**
- **Denies** : confusion, falling down, headaches, incoordination, involuntary movements or jerking, lightheaded or dizzy, loss of consciousness/fainting/passing out, numbness , seizure or convulsion, spinning or vertigo, swallowing problems, tingling, tremor, trouble speaking, trouble walking, trouble swallowing, weakness

**Musculoskeletal**
- **Denies** : back pain, joint pain or swelling, muscle pain or cramps, neck pain

**Endocrine**
- **Denies** : heat or cold intolerance, increased thirst, loss of hair

**Psychiatric**
- **Denies** : anxiety, depressed mood, hallucinations (seeing or hearing things), memory loss

**Heme-Lymph**
- **Denies** : anemia, easy bruising or bleeding, slow to heal after cuts

**Allergic-Immunologic**
- **Denies** : allergic reaction to medicine or xray dye

## Physical Examination

GENERAL APPEARANCE: no acute distress, pleasant, cooperative. Appears about stated age.

HEAD: Atraumatic, normocephalic.

EYES: Visual field testing intact to confrontation. Pupils are equal and reactive to light and accommodation. Retinas are normal without hemorrhage or exudate. Optic discs normal.

NECK: Normal range of motion

EXTREMITIES: Warm, well-perfused.

CARDIOVASCULAR:
trace lower extremity edema

RESPIRATORY:
Normal with no accessory muscles used.

NEUROLOGIC EXAM:
Mental status: alert and oriented to person, place, time and situation. Able to follow commands, language fluent, comprehension intact, long term memory intact.

Cranial nerves: Pupils are equal, round, reactive to light, EOMI, visual fields intact, facial sensation intact and symmetric, facial motor intact and symmetric, uvula midline, palate elevates midline, tongue protrudes midline, and SCM and shoulder shrug 5/5 bilaterally. 8th Cranial Nerve symmetric to finger rub bilaterally.
No papilledema seen on fundoscopy

Motor:
Normal bulk and tone, no pronator drift
Minimal high frequency low amplitude tremor in right hand, worse with intention
No bradykinesia or cogwheeling/rigidity
4/5 RIGHT deltoid, 4/5 triceps, 4+/5 biceps, 4/5 RIGHT finger flexors, 5/5 RIGHT wrist flexors, wrist extensors, APB, and ADM
5/5 strength in all muscle groups of left upper extremity, including deltoids, biceps, triceps, wrist flexors, wrist extensors, APB, ADM, distal finger flexors
4+/5 RIGHT hip flexion, 2/5 RIGHT knee flexion and extension,
2-/5 RIGHT dorsi and plantar flexion
5/5 strength in muscles groups of left lower extremity, including hip flexion, knee flexion and extension, ankle dorsi- and plantar-flexion.

Sensory:
Sensory examination was intact throughout to light touch, proprioception
slightly impaired pin in distal LEFT lower extremity
Impaired vibration in distal upper and lower extremities, bilaterally
Romberg deferred for safety

Reflexes:
Deep tendon reflexes were 2+ and symmetric throughout
Plantar reflexes were downgoing bilaterally
Hoffmans sign negative bilaterally

Coordination:
Normal finger-nose-finger and heel-to-shin testing

Grossly impaired gait WITH use of walker, unsteady, left foot drop.

## Assessment

- Mild cognitive impairment 331.83/G31.84
- Tremor, essential 333.1/G25.0
  He may have a mild degree of essential tremor and will be treated for that.
- TIA (transient ischemic attack) 435.9/G45.9
- Weakness 780.79/R53.1
- Impaired gait 781.2/R26.9

Kenneth woke up with right leg weakness and difficulty walking. He has extreme difficulty walking with his walker from the waiting room to the exam room.
On exam, he was found to have weakness in his right upper extremity as well.
Symptoms are concerning for stroke vs worsening lumbar radiculopathy. Will order an MRI brain wo contrast. If this is normal, will order an MRI L spine.

Plan:
- MRI brain wo contrast
- Follow up with results

Plan of care developed and discussed with collaborating physician, Dr. Shon Michael, MD.

Prolonged visit> 35 mins spent on chart review, history, physical, counseling, documentation.

## Plan

**Orders**

- MRI Brain without contrast - RHI - 70551 (70551) - 780.79/R53.1, 781.2/R26.9 - 05/10/2022

**Electronically Signed by:** Samantha DiMeo, NP -Author on May 16, 2022 02:57:25 PM

[Digital Signature Validated]

98.1

(COMPLETE THIS FORM BEFORE YOUR APPOINTMENT)

# MRI Registration

RIVERHILLS NEUROSCIENCE

Norwood
4805 Montgomery Rd. (Suite 150)
Cincinnati, Ohio 45212
Direct: (513) 721-SCAN
Fax: (513) 721-6330

Patient Name Kenneth H. Schmidt Date of Birth 5-17-22 Weight 170 Height 5'7"

Please answer the following (all must be checked YES or NO)

| YES | NO | |
|---|---|---|
| X | | **Are you receiving this MRI as a result of having sustained an injury?** if YES, please explain: |
| X | | **Have you had an MRI, MRA, or CT before?** if YES, where? Good Sam When? Feb 2022 What body Part Head |
| X | | **Have you had any previous surgeries?** if YES, please indicate date and type of surgery: Date ~~FF~~ 2000 Type of Surgery Bi Pass Heart; Date ? Type of Surgery Knee then Shoulder |
| | X | **Have you ever been diagnosed with cancer?** if YES, please state the name of your cancer and location in the body: |
| | X | **Have you had chemotherapy - OR - radiation therapy?** if YES, when was your last treatment? |
| | X | **Have you ever had a contrast allergic reaction to either x-ray, CT or MRI dye?** if YES, please describe: |

**Please describe the symptoms you are having which pertain to you having *this* exam and how long you have been having these symptoms:**

Right Leg unable to walk - Weaknes on R Side

**Mark your Symptoms with an "X"**

- ___ Headaches
- ___ Vision Loss/Changes
- ___ Dizziness
- X Numbness in Arms or Legs
- X Hearing Loss - (Right) / (Left) (circle)
- ___ Ringing in Ears
- ___ Change in Bowel Function
- ___ Change in Bladder Function
- ___ Lump or Mass (Location: ______)
- ___ Swelling (Location: ______)

**Mark your Symptoms with an "X"**




CONTINUED ON OTHER SIDE. PLEASE TURN OVER.

The federal government has required us to identify alternate providers of this service. This list is not intended as a recommendation.

**ProScan Imaging Midtown**
5400 Kennedy Avenue
Cincinnati, OH 45213
Phone (513) 618-1063

**ProScan Imaging**
6 Paul Brown Stadium
Cincinnati, OH 45202
Phone (513) 455-4999

**TriHealth Imaging Good Samaritan Westbourne**
3285 Westbourne Drive
Cincinnati, OH 45248
Phone (513) 569-6777

**Varsity Village Imaging Center**
2650 Varsity Village Drive
Cincinnati, OH 45219
Phone (513) 556-4674

**TriHealth Imaging Good Samaritan Glenway**
6350 Glenway Avenue
Cincinnati, OH 45211
Phone (513) 569-6777

(COMPLETE FORM PRIOR TO APPOINTMENT)

**IMPORTANT!** CERTAIN IMPLANTS, DEVICES OR OBJECTS MAY INTERFERE WITH THE MRI PROCEDURE OR BE HARMFUL TO THE PATIENT! THE MRI MAGNET IS ALWAYS ON!

RIVERHILLS NEUROSCIENCE

**Do you have any of the following?** (All must be checked YES or NO)

| YES | NO | |
|---|---|---|
| | X | COCHLEAR/STAPES/INNER EAR IMPLANT |
| | X | CARDIAC PACEMAKER |
| | X | CARDIOVERTER/DEFIBRILLATOR/CARDIAC LOOP RECORDER or MONITOR |
| | X | ANEURYSM CLIP *(Brain or Aortic)* – Location: ________ |
| | X | ARTIFICIAL HEART VALVE |
| | X | INTRAUTERINE DEVICE - Type: ________ |
| | X | COIL/FILTER/STENT *(Heart, Vena Cava or Other)* – Location: ________ |
| | X | INJURY BY METAL/FOREIGN OBJECT *(Shrapnel/Bullet/BB)* |
| | X | INJURY BY METAL IN HEAD, EYE OR SKIN *(Metal fragments/shavings/slivers)* |
| | X | STIMULATOR/NEUROSTIMLATOR/TENS UNIT/BIOSTIMULATOR |
| | X | IMPLANTED DRUG PUMP *(Insulin/Pain/Chemotherapy/Baclofen)* |

If you checked "YES" to anything in this box above, you must contact the MRI Center prior to your scan: (513) 721-7226

| YES | NO | |
|---|---|---|
| | X | Internal Electrodes/Wires – Location: ________ |
| | X | Eye Implant |
| X | RCC | Joint Replacement/Fractured Bones treated with Metal (Rods, Plates, Pins, Screws, Nails, Clips) Location: Bilat. Knees, Bilat. Shoulder |
| | X | Prosthesis/Artificial Limb/Brace |
| ✓ | RCC | Surgical Clips/Staples/Wire Sutures/Metal Mesh Sternal |
| X | | Hearing Aid removed |
| | X | Penile Implant |
| | X | Tissue Expander (Breast, soft tissue, etc) |
| | X | Shunt (Spinal or Ventricular) – Location: ________ |
| | X | Wig/Hair Implants/Clips |
| | X | Removable Dentures/Partial Plate/False Teeth |
| | X | Nicotine or Medication Patch (Nitroglycerine, Pain, Hormone) |
| | X | Tattoos/Permanent Makeup Tattoo/Magnetic Eyelashes |
| | X | Body Piercing – Location: ________ |
| | X | Are You Pregnant/Breastfeeding? |
| | X | Other Type of Implanted Item (Please List): ________ |

## FOR PATIENTS RECEIVING CONTRAST / GADOLINIUM INJECTION

Gadolinium-DTPA is a contrast agent that has been approved by the Food and Drug Administration for use in MRI scans. The side effects of Gadolinium contrast have been reported to include, but are not limited to, nausea, vomiting, headaches, and allergic reaction.

**Do you have any of the following?** (All must be checked YES or NO)

| YES | NO | |
|---|---|---|
| | | Kidney Cancer/Failure/Insufficiency/Transplant |
| | | Diabetes |
| | | Hypertension/High Blood Pressure |
| | | Liver Disease/Transplant/Hepatitis |
| | | Medicine Allergies IF YES, Types: ________ |

Consult the technologist if you have any questions *before* you enter the MRI room

I have read this consent form and checklist, or have had it read to me. I have had the opportunity the ask questions about Gadolinium and I consent to the use of Gadolinium in my case, if applicable.

**PATIENT'S SIGNATURE** [signature] **DATE** 5-17-22

**PARENT/GUARDIAN SIGNATURE** ________ **TECH'S INITIALS** [initials]

## Intelerad - Radiology - Reports MRI and MRA

**Report Status:** Final Results

**Patient Information:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Name:** | Schmidt, Kenneth H | **PatientID:** | 203797 | **Sex:** | Male | **DOB:** | 01/16/1938 |
| **Address:** | 8771 Carousel Park Circle<br>Cincinnati, OH 45251 | **Phone #:** | 5134998364 | **SSN:** | | | |

**Date of Exam:** 05/17/2022 18:35:42

**Date Reported:** 05/18/2022 11:33:29 **Information:**

**Ordering Provider:** DiMeo, Samantha

| Report Name | Facility |
|---|---|

**MRI Brain without contrast - RHI - 70551**

EXAM: MRI Brain without contrast - RHI - 70551

INDICATION: New right-sided weakness

COMPARISON: 2017

TECHNIQUE: Multiplanar, multisequence MR imaging of the head obtained without contrast.

IV contrast: None.

FINDINGS:

MIDLINE STRUCTURES: The sella turcica and pituitary gland are normal. Craniovertebral alignment and cerebellar tonsils are normal.

VENTRICLES: Mild ex vacuo dilatation of the frontal horn of left lateral ventricle.

INTRACRANIAL HEMORRHAGE: None.

BRAIN PARENCHYMA: There are patchy areas of bright signal on DWI (B 1000) in the parasagittal left frontal lobe and adjacent body of the corpus callosum without corresponding dark signal on ADC. Findings are suggestive of evolving subacute infarction in the left ACA distribution.

Moderate diffuse parenchymal volume loss. Moderate to severe atrophy of corpus callosum. Moderate to severe

burden patchy and confluent T2 hyperintense white matter disease likely relate to chronic microvascular ischemia. Small remote cortical infarcts in the right parietal and temporal lobes. Remote infarct in the left basal ganglia with ex vacuo dilatation of the frontal horn left lateral ventricle.

INTRACRANIAL VASCULATURE: Major intracranial vessels are grossly patent.

ORBITS: Right ocular lens surgically absent.

BONE MARROW: Bone marrow signal within normal limits.

PARANASAL SINUSES/MASTOID BONES: No acute sinusitis or mastoiditis.

IMPRESSION:

1. Findings suggestive of evolving subacute infarction in the parasagittal left frontal lobe and adjacent body of the corpus callosum (left ACA distribution).

2. Remote infarcts in the left basal ganglia, right parietal and right temporal lobes.

3. Moderate to severe burden patchy and confluent T2 hyperintense white matter disease likely relate to chronic microvascular ischemia.

4. Moderate diffuse parenchymal volume loss.

Electronically signed by Ajay Agarwal, MD

Riverhills Diagnostic Center - 4805 Montgomery Road, Suite 150 - Cincinnati, OH 45212 - (513)721-7226

---

**Facility Name:**

**Address:** **Phone #:**

[Digital Signature Validated]

PHILIPS BioTel HEART

**2:1 Wireless Event Monitoring**
(Tel) 866-426-4401 (Fax) 866-426-4403

# End of Service Summary Report

6/25/2022

| | | | |
|---|---|---|---|
| **Patient Name:** | KENNETH H. SCHMIDT | **Notification Physician:** | Hemal Shah, MD |
| **Date of Birth:** | 1/16/1938 (age 84) | | Tri-Health Heart Institute |
| **Gender:** | M | | 10506A Montgomery Road |
| **Patient Phone:** | (513)245-1284 | | Suite 301--Thomas Center |
| **Medical Record:** | | | Cincinnati, OH 45242 |
| **Diagnosis (ICD10):** | I63.9 Cerebral infarction, unspecified | **Ordering Physician:** | Hemal Shah, MD |
| | | **Referring Physician:** | SAMANTHA DIMEO, CNP |

## Monitoring Summary

| | |
|---|---|
| Time Monitored: | 1d 5h 48m |
| Prescription Days: | 30 |
| Baseline Date: | 05/27/22 |
| End Date: | 06/25/22 |

## Event Summary

| | |
|---|---|
| Total Cut Strip Count: | 4 |
| Patient Triggered: | 0 |
| Auto Triggered: | 4 |
| Emergent/Urgent Count: | 0 |

Strips start on page 2

## HR Summary

| | |
|---|---|
| High HR: | 116 bpm |
| Low HR: | 50 bpm |
| Avg HR: | 59 bpm |

Daily HR detail on page 2

## Representative Arrhythmia Summary | Strips start on page 2

Total Strip Count (TSC)

| | | |
|---|---|---|
| AF (Fastest) | PT | None Indicated |
| | AT | None Found |
| SVT (Fastest) | PT | None Indicated |
| | AT | None Found |
| Pause (Longest) | PT | None Indicated |
| | AT | None Found |
| Heart Block (Slowest) | 1° | None Found |
| | 2° | None Found |
| | 3° | None Found |
| | AHB | None Found |
| VT | Fastest | None Found |
| | Longest | None Found |

## AF Summary

| | | | |
|---|---|---|---|
| Analysis Time: | 1d 4h 13m | Longest AF: | |
| Time in AF: | 0m | AF High HR: | |
| AF Episodes: | 0 | AF Low HR: | |
| AF Burden: | No AF | AF Avg HR: | |

## Ectopy Summary | Daily details page 0

| | PVCs: | PACs: |
|---|---|---|
| Analyzed | 100,233 | 100,233 |
| Ectopy: | 571 | 896 |
| Burden: | 1% | 1% |

## Physician Comments

Patient monitored for 1d 5h 48m.

The predominant rhythm is sinus rhythm with avg HR 59 bpm (rate range 50-116 bpm).

896 PACs with PAC burden of 1%.
571 PVCs with PVC burden of 1%.

## Preliminary Findings

- Patient monitored for 1d 5h 48m
- 4 events were transmitted. 0 patient triggered; 4 auto triggered
- 896 PACs with PAC burden of 1%
- 571 PVCs with PVC burden of 1%


Copyright ©2020 BioTelemetry, Inc. All Rights Reserved.

Electronically Signed by: ggandhi <Gaurang Gandhi> 07/05/2022 10:12:09 PM

There were no manual events or pauses noted.

Electronically Signed By
Gaurang Gandhi 07/05/2022
Signature Date

## Event Summary Details

### Urgent Events Summary

| Strip# | Date | Description | Findings | HR |
|---|---|---|---|---|
| No Urgent events found | | | | |

### Patient Triggered Event Summary

| Strip# | Date | Description | Findings | HR |
|---|---|---|---|---|
| No Symptomatic events found | | | | |

### Auto Triggered Event Summary

| Strip# | Date | Findings | HR |
|---|---|---|---|
| 1 | 05/27/2022 \| 16:05:08 EDT | Baseline - Sinus Rhythm | 68 |
| 2 | 05/27/2022 \| 20:07:22 EDT | Sinus Rhythm | 60 |
| 3 | 05/28/2022 \| 01:50:43 EDT | Sinus Rhythm | 72 |
| 4 | 05/28/2022 \| 10:23:01 EDT | Sinus Bradycardia | 54 |

## Strip Summary

**Strip** 1 **Date:** 05/27/2022 | 16:05:08 EDT **HR:** 68 **Activities:** Baseline Recording

**Findings:** Baseline - Sinus Rhythm

**Description:** None Indicated





Copyright ©2020 BioTelemetry, Inc. All Rights Reserved.

Electronically Signed by: ggandhi <Gaurang Gandhi> 07/05/2022 10:12:09 PM

**Strip** 2 **Date:** 05/27/2022 | 20:07:22 EDT **HR:** 60 **Activities:** Baseline Recording

**Findings:** Sinus Rhythm

**Description:** None Indicated




**Strip** 3 **Date:** 05/28/2022 | 01:50:43 EDT **HR:** 72 **Activities:** None Indicated

**Findings:** Sinus Rhythm

**Description:** Automatic Trigger





Copyright ©2020 BioTelemetry, Inc. All Rights Reserved.

Electronically Signed by: ggandhi <Gaurang Gandhi> 07/05/2022 10:12:09 PM

**Strip** 4 **Date:** 05/28/2022 | 10:23:01 EDT **HR:** 54 **Activities:** None Indicated

**Findings:** Sinus Bradycardia

**Description:** Automatic Trigger





Copyright ©2020 BioTelemetry, Inc. All Rights Reserved.

Electronically Signed by: ggandhi <Gaurang Gandhi> 07/05/2022 10:12:09 PM

# Riverhills Neurology Fourth Floor
# Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Kenneth Schmidt | **Visit Date:** | July 11, 2022 |
| **Patient ID:** | 203797 | **Provider:** | Samantha DiMeo, NP |
| **Sex:** | Male | **Location:** | Riverhills Neurology Fourth Floor |
| **Birthdate:** | January 16, 1938 | **Location Address:** | 4805 Montgomery Rd<br>Suite 410<br>Cincinnati, OH 452122280 |
| **Primary Care Provider:** | Ronald M. Gall MD | | |
| **Referring Provider:** | Shon Michael MD | **Location Phone:** | (513) 241-2370 |

## Chief Complaint

- Test Results

## History Of Present Illness

Kenneth Schmidt returns today in follow up for testing results. He is accompanied by his ex-wife, Loretta. He has a history of tremor, for which he is on primidone 250 mg daily. For mild cognitive impairment, he is on Donepezil 10 mg daily and Memantine 10 mg daily.
History of TIA (aphasia and right sided weakness). He was initially on DAPT with Clopidogrel 75mg and ASA 81mg daily, then monotherapy with ASA as well as Simvastatin 20mg daily.
At his last visit, he had a 3-4 day history of right leg weakness, which was concerning for stroke.
MRI brain wo contrast was ordered, this showed an evolving subacute infarct in the parasagittal left frontal lobe and adjacent body of the corpus callosum (L ACA distribution) he also had remote infarcts in the left basal ganglia, right parietal and right temporal lobes. Cardiac event monitor was ordered.
Stroke workup from February 2022:
CTA head and neck showed moderate stenosis in the proximal M1 segment of the left MCA, CTA neck revealed no high-grade stenosis or occlusion but did reveal a thickening of the left mid to distal common carotid artery wall that was thought to favor a chronic thrombosed dissection. ECHO did not show any evidence of shunting. HgbA1C 5.6%. HDL 31, otherwise his lipid panel within normal limits

He has been going to physical therapy and practicing exercises at home. He feels stronger. His short term memory is about the same.

## Past Medical History

Alzheimer disease; Alzheimer's dementia with behavioral disturbance; Anxiety; Arthritis; Arthritis; Cancer; Dementia due to another general medical condition, without behavioral disturbance; Dementia due to general medical condition; Depression; Fatigue; Heart disease; Impaired gait; Low back pain; Lumbar radiculopathy; Mild cognitive impairment; Pain, low back; Spinal stenosis of lumbar region without neurogenic claudication; Spondylolisthesis, lumbar region; Stroke; TIA (transient ischemic attack); Tremor, essential; Weakness

## Past Surgical History

** Other (please specify); Appendectomy; Knee Replacement; Open Heart; Shoulder surgery; Tonsillectomy

## Medication List

| Name | Date Started | Instructions |
|---|---|---|
| amlodipine 2.5 mg oral tablet | | take 1 tablet (2.5 mg) by oral route once daily |
| aspirin 81 mg oral tablet,delayed release (DR/EC) | | take 1 tablet (81 mg) by oral route once daily |
| B-100 Complex oral tablet | | take 1 tablet by oral route daily |
| C-500 oral | | -- |
| chromium picolinate 200 mcg oral tablet | | take 1 tablet by oral route daily |

| | | |
|---|---|---|
| Co Q-10 200 mg oral capsule | | take 1 capsule by oral route daily |
| donepezil 10 mg oral tablet | 07/11/2022 | TAKE 1 TABLET EVERY EVENING |
| lecithin 1,200 mg oral capsule | | take 1 capsule by oral route daily |
| meloxicam 15 mg oral tablet | | take 1 tablet (15 mg) by oral route once daily |
| memantine 10 mg tablet | 07/11/2022 | TAKE 1 TABLET TWICE DAILY |
| metoprolol succinate 25 mg oral tablet extended release 24 hr | | take 1 tablet (25 mg) by oral route once daily |
| Plavix 75 mg tablet | | take 1 tablet (75 mg) by oral route once daily |
| primidone 250 mg oral tablet | 07/11/2022 | take 1 tablet by oral route daily |
| selenium 200 mcg oral tablet | | take 1 tablet by oral route daily |
| sertraline 25 mg oral tablet | 01/12/2021 | take 2 tablets (50 mg) by oral route once daily |
| simvastatin 40 mg tablet | 05/19/2022 | take 1 tablet (40 mg) by oral route once daily in the evening for 30 days |

## Allergy List

NO KNOWN DRUG ALLERGIES

Allergies Reconciled

## Family Medical History

Arthritis; BleedingDisorder; Cancer; Heart disease

## Social History

Alcohol (Light); Divorced; Illicit drugs (Never); Lives in house, condo or apartment; Lives with Significant Other; Retired; Tobacco (Never)

## Review of Systems

**Constitutional**

- **Denies** : excessive daytime sleepiness, fatigue, fever, low energy, trouble getting to sleep, trouble staying asleep, weight gain, weight loss, Implants, cardioverter or defibrillator, intrauterine device, spinal cord stimulator/TENS unit, neurostimulator, shunt (spinal or ventricular), cardiac pacemaker, artificial heart valve/vena cava filter, shrapnel/metal fragments in head, eye, skin, implanted pump, cochlear/stapes inner ear implant, brain aneurysm or heart aortic clip, stent (cardiac or other), insulin pump, nicotine or medication patch

**Eyes**

- **Denies** : blurred vision, double vision, loss of vision

**HENT**

- **Denies** : loss of sense of smell, hearing loss, ringing in your ears

**Cardiovascular**

- **Denies** : chest pain, palpitations

**Respiratory**

- **Denies** : shortness of breath

**Gastrointestinal**

- **Denies** : constipation, diarrhea, heartburn, nausea, vomiting

**Genitourinary**

- **Denies** : discomfort/burning, loss of bladder control , loss of desire for sex, menopause/menopausal symptoms (women), trouble with erection (men), urgency to urinate/frequency

**Integument**

- **Denies** : change in hair or nails, change in skin color, itching, rash

**Neurologic**

- **Denies** : confusion, falling down, headaches, incoordination, involuntary movements or jerking, lightheaded or dizzy, loss of consciousness/fainting/passing out, numbness , seizure or convulsion, spinning or vertigo, swallowing problems, tingling, tremor, trouble speaking, trouble walking, trouble swallowing, weakness

**Musculoskeletal**
- **Denies** : back pain, joint pain or swelling, muscle pain or cramps, neck pain

**Endocrine**
- **Denies** : heat or cold intolerance, increased thirst, loss of hair

**Psychiatric**
- **Denies** : anxiety, depressed mood, hallucinations (seeing or hearing things), memory loss

**Heme-Lymph**
- **Denies** : anemia, easy bruising or bleeding, slow to heal after cuts

**Allergic-Immunologic**
- **Denies** : allergic reaction to medicine or xray dye

**All Others Negative**

## Vitals

| Date | Time | BP | Position | Site | Cuff L\R Size | HR | RR | TEMP (F) | WT | HT | BMI kg/m$^2$ | BSA m$^2$ | O2 Sat | FR L/min | FiO2 | HC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/11/2022 | 02:45 PM | 149/84 | Sitting | | | 69 - R | | | | 5' 7" | | | | | | |

## Physical Examination

GENERAL APPEARANCE: no acute distress, pleasant, cooperative. Appears about stated age.

HEAD: Atraumatic, normocephalic.

EYES: Visual field testing intact to confrontation. Pupils are equal and reactive to light and accommodation. Retinas are normal without hemorrhage or exudate. Optic discs normal.

NECK: Normal range of motion

EXTREMITIES: Warm, well-perfused.

CARDIOVASCULAR:
trace lower extremity edema

RESPIRATORY:
Normal with no accessory muscles used.

NEUROLOGIC EXAM:
Mental status: alert and oriented to person, place, time and situation. Able to follow commands, language fluent, comprehension intact, long term memory intact.

Cranial nerves: Pupils are equal, round, reactive to light, EOMI, visual fields intact, facial sensation intact and symmetric, facial motor intact and symmetric, uvula midline, palate elevates midline, tongue protrudes midline, and SCM and shoulder shrug 5/5 bilaterally. 8th Cranial Nerve symmetric to finger rub bilaterally.
No papilledema seen on fundoscopy

Motor:
Normal bulk and tone, no pronator drift
Minimal high frequency low amplitude tremor in right hand, worse with intention
No bradykinesia or cogwheeling/rigidity
4+/5 RIGHT deltoid, 55 triceps, 5/ biceps, 4/5 RIGHT finger flexors, 5/5 RIGHT wrist flexors, wrist extensors, APB, and ADM
5/5 strength in all muscle groups of left upper extremity, including deltoids, biceps, triceps, wrist flexors, wrist extensors, APB, ADM, distal finger flexors
4+/5 RIGHT hip flexion, 4/5 RIGHT knee flexion and extension,
4-/5 RIGHT dorsi and plantar flexion
5/5 strength in muscles groups of left lower extremity, including hip flexion, knee flexion and extension, ankle dorsi-

and plantar-flexion.

Sensory:
Sensory examination was intact throughout to light touch, proprioception
slightly impaired pin in distal LEFT lower extremity
Impaired vibration in distal upper and lower extremities, bilaterally
Romberg deferred for safety

Reflexes:
Deep tendon reflexes were 2+ and symmetric throughout
Plantar reflexes were downgoing bilaterally
Hoffmans sign negative bilaterally

Coordination:
Normal finger-nose-finger and heel-to-shin testing

Gait:
With cane, steady, normal length of stride, normal floor clearance, no shuffling.

## Assessment

- (1) Mild cognitive impairment 331.83/G31.84
- (2) Tremor, essential 333.1/G25.0
  He may have a mild degree of essential tremor and will be treated for that.
- (3) TIA (transient ischemic attack) 435.9/G45.9
- (4) Weakness 780.79/R53.1
- (5) Impaired gait 781.2/R26.9

His strength has improved significantly. Continue PT. Continue ASA and Atorvastatin.
He and Loretta were counseled regarding stroke prevention topics including the importance of regular exercise, low fat and low salt diet/Mediterranean diet, cholesterol management, A1C management, and blood pressure management, and refrain from tobacco use.
Follow up in 6 months. Next visit with Dr. Michael.
Plan of care developed and discussed with collaborating physician, Dr. Shon Michael, MD.

## Plan

**Orders**

- No controlled drugs for chronic pain prescribed by me (SCHD3) - - 07/11/2022
- Disability Parking Placard 2 years (00002) - 781.2/R26.9 - 07/11/2022

**Medications**

- donepezil 10 mg oral tablet
  SIG: TAKE 1 TABLET EVERY EVENING
  DISP: (90) Tablet with 3 refills
  **Refilled on 07/11/2022**

- memantine 10 mg tablet
  SIG: TAKE 1 TABLET TWICE DAILY
  DISP: (180) Tablet with 3 refills
  **Refilled on 07/11/2022**

- primidone 250 mg oral tablet
  SIG: take 1 tablet by oral route daily
  DISP: (90) Tablet with 3 refills

**Refilled on 07/11/2022**

- Medications have been Reconciled
- Transition of Care or Provider Policy

**Instructions**

- All pertinent aspects of patient's medical, family and social history were reviewed and pertinent exam performed.

**Disposition**

- Care Transition
- TOC Sent
- Receipt Confirmed

**Correspondence**

- CC this document (Ronald M. Gall MD) - 07/11/2022

**Electronically Signed by:** Samantha DiMeo, NP -Author on July 12, 2022 04:06:39 PM

**Schmidt, Kenneth H. [203797]**
**8771 Carousel Park Circle**
**Cincinnati, OH 45251**

**Account Information Report**
**Include: Payments - All**
**Show: Expanded Details**

**Page:** 1
**Date:** 04/06/2026
**Time:** 11:27:40 AM

| Posting Date | Service Date | User | Description | Amount | Balance |
|---|---|---|---|---|---|
| 02/01/2024 | | RF | Insurance Payment [0.00] Medicare Humana; Check; Insurance Plan ID: 1026<br>Batch: 132059 FOLLOWUP02012024 | $0.00 | |
| 02/01/2024 | 10/12/2020 | RF | APPLIED TO CHARGE: 99204 [472.00 x 1] Billable: Neumann, Christopher E. MD; Rendering: Neumann, Christopher E. MD<br>Practice Location: Riverhills Neuroscience Second Floor; Service Location: Riverhills Neuroscience Second Floor; Referring: Gall, Ronald M. MD<br>[724.2, 724.4, 724.02; M54.5, M54.16, M48.061] CoPay: $40.00; Visit Type: Office Visit; Visit ID: 824054; Stmt Recipient: Kenneth Schmidt<br>New Outpt Comp Moderate Complex<br>ClaimID: 1012956; Deductible: $0.00 ; Co-Pay: $40.00 ; Co-Ins: $432.00 | $0.00 | |
| 08/02/2022 | | DD | Insurance Payment [52.51] Medicare Humana; Check; 009000014701959; Insurance Plan ID: 1026 (ERA)<br>Batch: 120293 PAYMENTS | ($52.51) | |
| 08/02/2022 | 07/11/2022 | DD | APPLIED TO CHARGE: 99213 [205.00 x 1] Billable: Michael, Shon MD; Rendering: DiMeo, Samantha NP<br>Practice Location: Riverhills Neurology Fourth Floor; Service Location: Riverhills Neurology Fourth Floor; Referring: Michael, Shon MD<br>[331.83, 333.1, V12.54, 780.79; G31.84, G25.0, Z86.73, R53.1] CoPay: $35.00; Visit Type: Office Visit; Visit ID: 960996; Stmt Recipient: Kenneth Schmidt<br>Est Outpt Expand Low Complex<br>ClaimID: 1183159; Deductible: $0.00 ; Co-Pay: $35.00 ; Co-Ins: $0.00 PR3: | $52.51 | |
| 07/11/2022 | | LD | Patient Payment [35.00]; Credit Card - American Express; copay; CoPay VisitID: 960996<br>Batch: 119792 07112022LP | ($35.00) | |
| 07/27/2022 | 07/11/2022 | BS | SERVICE LINE TRANSFER - APPLIED TO CHARGE: 99213 [205.00 x 1] Billable: Michael, Shon MD; Rendering: DiMeo, Samantha NP<br>Practice Location: Riverhills Neurology Fourth Floor; Service Location: Riverhills Neurology Fourth Floor; Referring: Michael, Shon MD<br>[331.83, 333.1, V12.54, 780.79; G31.84, G25.0, Z86.73, R53.1] CoPay: $35.00; Visit Type: Office Visit; Visit ID: 960996; Stmt Recipient: Kenneth Schmidt<br>Est Outpt Expand Low Complex | $35.00 | |
| 07/27/2022 | | BS | UNAPPLIED FROM PRE-PAY CREDIT [DUE TO SERVICE LINE TRANSFER] | ($35.00) | |
| 07/11/2022 | | LD | APPLIED TO PRE-PAY CREDIT | $35.00 | |
| 06/23/2022 | | DF | Patient Payment [180.00]; Credit Card - American Express<br>Batch: 119442 Instamed | ($180.00) | |

**Schmidt, Kenneth H. [203797]**
**8771 Carousel Park Circle**
**Cincinnati, OH 45251**

**Account Information Report**
**Include: Payments - All**
**Show: Expanded Details**



| Posting Date | Service Date | User | Description | Amount | Balance |
|---|---|---|---|---|---|
| 06/23/2022 | 05/17/2022 | DF | APPLIED TO CHARGE: 70551 [1,505.00 x 1] Billable: Agarwal, Ajay MD; Rendering: Agarwal, Ajay MD<br>Practice Location: Riverhills Diagnostic Linden Pointe; Service Location: Riverhills Diagnostic Linden Pointe; Referring: DiMeo, Samantha NP<br>[R53.1, Z86.73, R90.82, G31.9] CoPay: $180.00; Visit Type: Dx. Testing; Visit ID: 949829; Stmt Recipient: Kenneth Schmidt<br>Magnetic Resonance Imaging Of Brain Without Contra | $180.00 | |
| 06/01/2022 | | DD | Insurance Payment [89.12] Medicare Humana; Check; 009000014492464; Insurance Plan ID: 1026 (ERA)<br>Batch: 118968 PAYMENTS | ($89.12) | |
| 06/01/2022 | 05/10/2022 | DD | APPLIED TO CHARGE: 99214 [304.00 x 1] Billable: Michael, Shon MD; Rendering: DiMeo, Samantha NP<br>Practice Location: Riverhills Neurology Fourth Floor; Service Location: Riverhills Neurology Fourth Floor; Referring: Michael, Shon MD<br>[333.1, 331.83, 435.9, 780.79; G25.0, G31.84, G45.9, R53.1] CoPay: $35.00; Visit Type: Office Visit; Visit ID: 948212; Stmt Recipient: Kenneth Schmidt<br>Est Outpt Detail Moderate Complex<br>ClaimID: 1166667; Deductible: $0.00 ; Co-Pay: $35.00 ; Co-Ins: $0.00 PR3: | $89.12 | |
| 06/01/2022 | | DD | Insurance Payment [18.57] Medicare Humana; Check; 009000014488558; Insurance Plan ID: 1026 (ERA)<br>Batch: 118968 PAYMENTS | ($18.57) | |
| 06/01/2022 | 05/17/2022 | DD | APPLIED TO CHARGE: 70551 [1,505.00 x 1] Billable: Agarwal, Ajay MD; Rendering: Agarwal, Ajay MD<br>Practice Location: Riverhills Diagnostic Linden Pointe; Service Location: Riverhills Diagnostic Linden Pointe; Referring: DiMeo, Samantha NP<br>[R53.1, Z86.73, R90.82, G31.9] CoPay: $180.00; Visit Type: Dx. Testing; Visit ID: 949829; Stmt Recipient: Kenneth Schmidt<br>Magnetic Resonance Imaging Of Brain Without Contra<br>ClaimID: 1166353; Deductible: $0.00 ; Co-Pay: $180.00 ; Co-Ins: $0.00 | $18.57 | |
| 05/10/2022 | | LD | Patient Payment [35.00]; Credit Card - American Express; copay; CoPay VisitID: 948212<br>Batch: 118493 05102022LP | ($35.00) | |
| 05/23/2022 | 05/10/2022 | KB | SERVICE LINE TRANSFER - APPLIED TO CHARGE: 99214 [304.00 x 1] Billable: Michael, Shon MD; Rendering: DiMeo, Samantha NP<br>Practice Location: Riverhills Neurology Fourth Floor; Service Location: Riverhills Neurology Fourth Floor; Referring: Michael, Shon MD<br>[333.1, 331.83, 435.9, 780.79; G25.0, G31.84, G45.9, R53.1] CoPay: $35.00; Visit Type: Office Visit; Visit ID: 948212; Stmt Recipient: Kenneth Schmidt<br>Est Outpt Detail Moderate Complex | $35.00 | |
| 05/23/2022 | | KB | UNAPPLIED FROM PRE-PAY CREDIT [DUE TO SERVICE LINE TRANSFER] | ($35.00) | |
| 05/10/2022 | | LD | APPLIED TO PRE-PAY CREDIT | $35.00 | |

**Schmidt, Kenneth H. [203797]**
**8771 Carousel Park Circle**
**Cincinnati, OH 45251**

**Account Information Report**
**Include: Payments - All**
**Show: Expanded Details**



| Posting Date | Service Date | User | Description | Amount | Balance |
|---|---|---|---|---|---|
| 03/16/2022 | | DD | Insurance Payment [141.89] Medicare Humana; Check; 009000014240911; Insurance Plan ID: 1026 (ERA)<br>Batch: 117196 PAYMENTS | ($141.89) | |
| 03/16/2022 | 03/01/2022 | DD | APPLIED TO CHARGE: 99215 [409.00 x 1] Billable: Michael, Shon MD; Rendering: DiMeo, Samantha NP<br>Practice Location: Riverhills Neurology Fourth Floor; Service Location: Riverhills Neurology Fourth Floor; Referring: Michael, Shon MD<br>[333.1, 331.83, 435.9; G25.0, G31.84, G45.9] CoPay: $35.00; Visit Type: Office Visit; Visit ID: 932825; Stmt Recipient: Kenneth Schmidt<br>Est Outpt Comp High Complex<br>ClaimID: 1146613; Deductible: $0.00 ; Co-Pay: $35.00 ; Co-Ins: $0.00 PR3: | $141.89 | |
| 03/01/2022 | | LD | Patient Payment [35.00]; Credit Card - American Express; copay; CoPay VisitID: 932825<br>Batch: 116831 03012022LP | ($35.00) | |
| 03/09/2022 | 03/01/2022 | KB | SERVICE LINE TRANSFER - APPLIED TO CHARGE: 99215 [409.00 x 1] Billable: Michael, Shon MD; Rendering: DiMeo, Samantha NP<br>Practice Location: Riverhills Neurology Fourth Floor; Service Location: Riverhills Neurology Fourth Floor; Referring: Michael, Shon MD<br>[333.1, 331.83, 435.9; G25.0, G31.84, G45.9] CoPay: $35.00; Visit Type: Office Visit; Visit ID: 932825; Stmt Recipient: Kenneth Schmidt<br>Est Outpt Comp High Complex | $35.00 | |
| 03/09/2022 | | KB | UNAPPLIED FROM PRE-PAY CREDIT [DUE TO SERVICE LINE TRANSFER] | ($35.00) | |
| 03/01/2022 | | LD | APPLIED TO PRE-PAY CREDIT | $35.00 | |
| 04/01/2021 | | DD | Patient Payment [35.00]; Credit Card - American Express<br>Batch: 109911 PAYMENTS | ($35.00) | |
| 04/01/2021 | 01/12/2021 | DD | APPLIED TO CHARGE: 99213-95 [205.00 x 1] Billable: Kachoris, John P. MD; Rendering: Kachoris, John P. MD<br>Practice Location: Riverhills Neuroscience Second Floor; Service Location: Riverhills Neuroscience Second Floor; Referring: Gall, Ronald M. MD<br>[333.1, 331.83; G25.0, G31.84] CoPay: $35.00; Visit Type: Office Visit; Visit ID: 842978; Stmt Recipient: Kenneth Schmidt<br>VOV - Est Outpt Expand Low Complex | $35.00 | |
| 01/21/2021 | | DD | Insurance Payment [54.00] Medicare Humana; Check; 009000012992864; Insurance Plan ID: 1026 (ERA)<br>Batch: 108149 PAYMENTS | ($54.00) | |

Schmidt, Kenneth H. [203797]
8771 Carousel Park Circle
Cincinnati, OH 45251

**Account Information Report**
Include: Payments - All
Show: Expanded Details



| Posting Date | Service Date | User | Description | Amount | Balance |
|---|---|---|---|---|---|
| 01/21/2021 | 01/12/2021 | DD | APPLIED TO CHARGE: 99213-95 [205.00 x 1] Billable: Kachoris, John P. MD; Rendering: Kachoris, John P. MD<br>Practice Location: Riverhills Neuroscience Second Floor; Service Location: Riverhills Neuroscience Second Floor; Referring: Gall, Ronald M. MD<br>[333.1, 331.83; G25.0, G31.84] CoPay: $35.00; Visit Type: Office Visit; Visit ID: 842978; Stmt Recipient: Kenneth Schmidt<br>VOV - Est Outpt Expand Low Complex<br>ClaimID: 1032021; Deductible: $0.00 ; Co-Pay: $35.00 ; Co-Ins: $0.00 | $54.00 | |
| 12/29/2020 | | DD | Insurance Payment [829.21] Medicare Humana; Check; 009000012943854; Insurance Plan ID: 1026<br>Batch: 107655 PAYMENTS | ($829.21) | |
| 12/29/2020 | 12/15/2020 | DD | APPLIED TO CHARGE: 96116 [265.00 x 1] Billable: Marlow O'Connor, Megan PHD; Rendering: Marlow O'Connor, Megan PHD<br>Practice Location: Riverhills Neuroscience Second Floor; Service Location: Riverhills Neuroscience Second Floor; Referring: Kachoris, John P. MD<br>[780.93; R41.3] CoPay: $0.00; Visit Type: Neuropsych Visit; Visit ID: 838221; Stmt Recipient: Kenneth Schmidt<br>Neurobehavioral status exam; first hour<br>ClaimID: 1026568 | $97.28 | |
| 12/29/2020 | 12/15/2020 | DD | APPLIED TO CHARGE: 96136 [137.00 x 1] Billable: Marlow O'Connor, Megan PHD; Rendering: Marlow O'Connor, Megan PHD<br>Practice Location: Riverhills Neuroscience Second Floor; Service Location: Riverhills Neuroscience Second Floor; Referring: Kachoris, John P. MD<br>[780.93; R41.3] CoPay: $0.00; Visit Type: Neuropsych Visit; Visit ID: 838221; Stmt Recipient: Kenneth Schmidt<br>Neuropsychological test admin, 2+ tests; first 30 min<br>ClaimID: 1026568 | $45.75 | |
| 12/29/2020 | 12/15/2020 | DD | APPLIED TO CHARGE: 96132 [392.00 x 1] Billable: Marlow O'Connor, Megan PHD; Rendering: Marlow O'Connor, Megan PHD<br>Practice Location: Riverhills Neuroscience Second Floor; Service Location: Riverhills Neuroscience Second Floor; Referring: Kachoris, John P. MD<br>[780.93; R41.3] CoPay: $0.00; Visit Type: Neuropsych Visit; Visit ID: 838221; Stmt Recipient: Kenneth Schmidt<br>Neuropsychological testing evaluation services; first hour<br>ClaimID: 1026568 | $133.11 | |

| Posting Date | Service Date | User | Description | Amount | Balance |
|---|---|---|---|---|---|
| 12/29/2020 | 12/15/2020 | DD | APPLIED TO CHARGE: 96133 [299.00 x 3] Billable: Marlow O'Connor, Megan PHD; Rendering: Marlow O'Connor, Megan PHD<br>Practice Location: Riverhills Neuroscience Second Floor; Service Location: Riverhills Neuroscience Second Floor; Referring: Kachoris, John P. MD<br>[780.93; R41.3] CoPay: $0.00; Visit Type: Neuropsych Visit; Visit ID: 838221; Stmt Recipient: Kenneth Schmidt<br>Neuropsychological testing evaluation; each additional hour<br>ClaimID: 1026568 | $300.54 | |
| 12/29/2020 | 12/15/2020 | DD | APPLIED TO CHARGE: 96137 [126.00 x 7] Billable: Marlow O'Connor, Megan PHD; Rendering: Marlow O'Connor, Megan PHD<br>Practice Location: Riverhills Neuroscience Second Floor; Service Location: Riverhills Neuroscience Second Floor; Referring: Kachoris, John P. MD<br>[780.93; R41.3] CoPay: $40.00; Visit Type: Neuropsych Visit; Visit ID: 838221; Stmt Recipient: Kenneth Schmidt<br>Psychological or neuropsychological test administration and scor<br>ClaimID: 1026568; Deductible: $0.00 ; Co-Pay: $40.00 ; Co-Ins: $0.00 | $252.53 | |
| 12/29/2020 | | DD | Insurance Payment [73.04] Medicare Humana; Check; 009000012943854; Insurance Plan ID: 1026<br>Batch: 107655 PAYMENTS | ($73.04) | |
| 12/29/2020 | 10/26/2020 | DD | APPLIED TO CHARGE: 99213 [205.00 x 1] Billable: Kachoris, John P. MD; Rendering: Kachoris, John P. MD<br>Practice Location: Riverhills Neuroscience Second Floor; Service Location: Riverhills Neuroscience Second Floor; Referring: Gall, Ronald M. MD<br>[331.0, 300.00; G30.9, F02.80, F02.81, F41.9] CoPay: $0.00; Visit Type: Office Visit; Visit ID: 827213; Stmt Recipient: Kenneth Schmidt<br>Est Outpt Expand Low Complex<br>ClaimID: 1027357 | $73.04 | |
| 12/21/2020 | | DD | Patient Payment [220.00]; Credit Card - Visa<br>Batch: 107521 PAYMENTS | ($220.00) | |
| 12/21/2020 | 11/17/2020 | DD | APPLIED TO CHARGE: 99214 [304.00 x 1] Billable: Neumann, Christopher E. MD; Rendering: Neumann, Christopher E. MD<br>Practice Location: Riverhills Neuroscience Second Floor; Service Location: Riverhills Neuroscience Second Floor; Referring: Gall, Ronald M. MD<br>[738.4; M43.16] CoPay: $40.00; Visit Type: Office Visit; Visit ID: 832575; Stmt Recipient: Kenneth Schmidt<br>Est Outpt Detail Moderate Complex | $40.00 | |

| Posting Date | Service Date | User | Description | Amount | Balance |
|---|---|---|---|---|---|
| 12/21/2020 | 10/29/2020 | DD | APPLIED TO CHARGE: 72148 [1,212.00 x 1] Billable: Wannemacher, Daniel MD; Rendering: Wannemacher, Daniel MD<br>Practice Location: Riverhills Diagnostic Linden Pointe; Service Location: Riverhills Diagnostic Linden Pointe; Referring: Neumann, Christopher E. MD<br>[M51.36, M43.17, M48.061, M51.26] CoPay: $180.00; Visit Type: Dx. Testing; Visit ID: 828410; Stmt Recipient: Kenneth Schmidt<br>Magnetic Resonance Imaging Spine Lumbar W/O Contr | $180.00 | |
| 12/07/2020 | | DD | Insurance Payment [66.18] Medicare Humana; Check; 009000012885995; Insurance Plan ID: 1026 (ERA)<br>Batch: 107221 PAYMENTS | ($66.18) | |
| 12/07/2020 | 11/17/2020 | DD | APPLIED TO CHARGE: 99214 [304.00 x 1] Billable: Neumann, Christopher E. MD; Rendering: Neumann, Christopher E. MD<br>Practice Location: Riverhills Neuroscience Second Floor; Service Location: Riverhills Neuroscience Second Floor; Referring: Gall, Ronald M. MD<br>[738.4; M43.16] CoPay: $40.00; Visit Type: Office Visit; Visit ID: 832575; Stmt Recipient: Kenneth Schmidt<br>Est Outpt Detail Moderate Complex<br>ClaimID: 1019522; Deductible: $0.00 ; Co-Pay: $40.00 ; Co-Ins: $0.00 | $66.18 | |
| 11/10/2020 | | DD | Insurance Payment [27.07] Medicare Humana; Check; 009000012823709; Insurance Plan ID: 1026 (ERA)<br>Batch: 106697 PAYMENTS | ($27.07) | |
| 11/10/2020 | 10/29/2020 | DD | APPLIED TO CHARGE: 72148 [1,212.00 x 1] Billable: Wannemacher, Daniel MD; Rendering: Wannemacher, Daniel MD<br>Practice Location: Riverhills Diagnostic Linden Pointe; Service Location: Riverhills Diagnostic Linden Pointe; Referring: Neumann, Christopher E. MD<br>[M51.36, M43.17, M48.061, M51.26] CoPay: $180.00; Visit Type: Dx. Testing; Visit ID: 828410; Stmt Recipient: Kenneth Schmidt<br>Magnetic Resonance Imaging Spine Lumbar W/O Contr<br>ClaimID: 1014048; Deductible: $0.00 ; Co-Pay: $180.00 ; Co-Ins: $0.00 | $27.07 | |
| 11/05/2020 | | DD | Insurance Payment [0.00] Medicare Humana; Check; 009000012811518; Insurance Plan ID: 1026 (ERA)<br>Batch: 106645 PAYMENTS | $0.00 | |

Schmidt, Kenneth H. [203797]
8771 Carousel Park Circle
Cincinnati, OH 45251

**Account Information Report**
Include: Payments - All
Show: Expanded Details



| Posting Date | Service Date | User | Description | Amount | Balance |
|---|---|---|---|---|---|
| 11/05/2020 | 10/12/2020 | DD | APPLIED TO CHARGE: 99204 [472.00 x 1] Billable: Neumann, Christopher E. MD; Rendering: Neumann, Christopher E. MD<br>Practice Location: Riverhills Neuroscience Second Floor; Service Location: Riverhills Neuroscience Second Floor; Referring: Gall, Ronald M. MD<br>[724.2, 724.4, 724.02; M54.5, M54.16, M48.061] CoPay: $40.00; Visit Type: Office Visit; Visit ID: 824054; Stmt Recipient: Kenneth Schmidt<br>New Outpt Comp Moderate Complex<br>ClaimID: 1012956 COB16: 'New Patient' qualifications were not met.<br>M86: Service denied because payment already made for same/similar procedure within set time frame. | $0.00 | |
| 10/26/2020 | | DJ | Patient Payment [40.00]; Credit Card - Visa; CoPay VisitID: 827213<br>Batch: 106332 10262020 | ($40.00) | |
| 01/13/2021 | 12/15/2020 | MS | SERVICE LINE TRANSFER - APPLIED TO CHARGE: 96137 [126.00 x 7] Billable: Marlow O'Connor, Megan PHD; Rendering: Marlow O'Connor, Megan PHD<br>Practice Location: Riverhills Neuroscience Second Floor; Service Location: Riverhills Neuroscience Second Floor; Referring: Kachoris, John P. MD<br>[780.93; R41.3] CoPay: $40.00; Visit Type: Neuropsych Visit; Visit ID: 838221; Stmt Recipient: Kenneth Schmidt<br>Psychological or neuropsychological test administration and scor | $40.00 | |
| 01/13/2021 | | MS | UNAPPLIED FROM PATIENT CREDIT [DUE TO SERVICE LINE TRANSFER] | ($40.00) | |
| 12/29/2020 | | DD | APPLIED TO PATIENT CREDIT [DUE TO MOVE TO CREDIT] | $40.00 | |
| 12/29/2020 | 10/26/2020 | DD | UNAPPLIED FROM CHARGE [DUE TO MOVE TO CREDIT] 99213 [205.00 x 1] Billable: Kachoris, John P. MD; Rendering: Kachoris, John P. MD<br>Practice Location: Riverhills Neuroscience Second Floor; Service Location: Riverhills Neuroscience Second Floor; Referring: Gall, Ronald M. MD<br>[331.0, 300.00; G30.9, F02.80, F02.81, F41.9] CoPay: $0.00; Visit Type: Office Visit; Visit ID: 827213; Stmt Recipient: Kenneth Schmidt<br>Est Outpt Expand Low Complex | ($40.00) | |
| 12/23/2020 | 10/26/2020 | MS | SERVICE LINE TRANSFER - APPLIED TO CHARGE: 99213 [205.00 x 1] Billable: Kachoris, John P. MD; Rendering: Kachoris, John P. MD<br>Practice Location: Riverhills Neuroscience Second Floor; Service Location: Riverhills Neuroscience Second Floor; Referring: Gall, Ronald M. MD<br>[331.0, 300.00; G30.9, F02.80, F02.81, F41.9] CoPay: $0.00; Visit Type: Office Visit; Visit ID: 827213; Stmt Recipient: Kenneth Schmidt<br>Est Outpt Expand Low Complex | $40.00 | |
| 12/23/2020 | | MS | UNAPPLIED FROM PRE-PAY CREDIT [DUE TO SERVICE LINE TRANSFER] | ($40.00) | |
| 10/26/2020 | | DJ | APPLIED TO PRE-PAY CREDIT | $40.00 | |
| 10/12/2020 | | DJ | Patient Payment [40.00]; Credit Card - Visa; CoPay VisitID: 824054<br>Batch: 106040 10122020 | ($40.00) | |

**Schmidt, Kenneth H. [203797]**
**8771 Carousel Park Circle**
**Cincinnati, OH 45251**

**Account Information Report**
**Include: Payments - All**
**Show: Expanded Details**



| Posting Date | Service Date | User | Description | Amount | Balance |
|---|---|---|---|---|---|
| 10/29/2020 | 10/12/2020 | TR | SERVICE LINE TRANSFER - APPLIED TO CHARGE: 99204 [472.00 x 1] Billable: Neumann, Christopher E. MD; Rendering: Neumann, Christopher E. MD<br>Practice Location: Riverhills Neuroscience Second Floor; Service Location: Riverhills Neuroscience Second Floor; Referring: Gall, Ronald M. MD<br>[724.2, 724.4, 724.02; M54.5, M54.16, M48.061] CoPay: $40.00; Visit Type: Office Visit; Visit ID: 824054; Stmt Recipient: Kenneth Schmidt<br>New Outpt Comp Moderate Complex | $40.00 | |
| 10/29/2020 | | TR | UNAPPLIED FROM PRE-PAY CREDIT [DUE TO SERVICE LINE TRANSFER] | ($40.00) | |
| 10/12/2020 | | DJ | APPLIED TO PRE-PAY CREDIT | $40.00 | |
| 08/25/2020 | | DD | Insurance Payment [106.18] Medicare Humana; Check; 009000012638035; Insurance Plan ID: 1026 (ERA)<br>Batch: 105023 PAYMENTS | ($106.18) | |
| 08/25/2020 | 06/08/2020 | DD | APPLIED TO CHARGE: 99214-95 [304.00 x 1] Billable: Kachoris, John P. MD; Rendering: Kachoris, John P. MD<br>Practice Location: Riverhills Neurology Fourth Floor; Service Location: Riverhills Neurology Fourth Floor; Referring: Gall, Ronald M. MD<br>[331.0, 300.00, 311; G30.9, F02.80, F41.9, F32.9] CoPay: $0.00; Visit Type: Office Visit; Visit ID: 796636; Stmt Recipient: Kenneth Schmidt<br>VOV - Est Outpt Detail Moderate Complex<br>ClaimID: 993186 | $106.18 | |
| 02/11/2020 | | DD | Insurance Payment [32.38] zzMedicare Humana Gold HMO; Check; 009000012223625; Insurance Plan ID: 1027 (ERA)<br>Batch: 100810 PAYMENTS | ($32.38) | |
| 02/11/2020 | 02/03/2020 | DD | APPLIED TO CHARGE: 99213 [205.00 x 1] Billable: Kachoris, John P. MD; Rendering: Kachoris, John P. MD<br>Practice Location: Riverhills Neurology Fourth Floor; Service Location: Riverhills Neurology Fourth Floor; Referring: Gall, Ronald M. MD<br>[331.0; G30.9, F02.80] CoPay: $40.00; Visit Type: Office Visit; Visit ID: 774922; Stmt Recipient: Kenneth Schmidt<br>Est Outpt Expand Low Complex<br>ClaimID: 948198; Deductible: $0.00 ; Co-Pay: $40.00 ; Co-Ins: $0.00 | $32.38 | |
| 02/03/2020 | | LD | Patient Payment [40.00]; Credit Card - Visa; copay; CoPay VisitID: 774922<br>Batch: 100576 02032020LP | ($40.00) | |
| 02/04/2020 | 02/03/2020 | RS | SERVICE LINE TRANSFER - APPLIED TO CHARGE: 99213 [205.00 x 1] Billable: Kachoris, John P. MD; Rendering: Kachoris, John P. MD<br>Practice Location: Riverhills Neurology Fourth Floor; Service Location: Riverhills Neurology Fourth Floor; Referring: Gall, Ronald M. MD<br>[331.0; G30.9, F02.80] CoPay: $40.00; Visit Type: Office Visit; Visit ID: 774922; Stmt Recipient: Kenneth Schmidt<br>Est Outpt Expand Low Complex | $40.00 | |
| 02/04/2020 | | RS | UNAPPLIED FROM PRE-PAY CREDIT [DUE TO SERVICE LINE TRANSFER] | ($40.00) | |

**Schmidt, Kenneth H. [203797]**
**8771 Carousel Park Circle**
**Cincinnati, OH 45251**

**Account Information Report**
**Include: Payments - All**
**Show: Expanded Details**



| Posting Date | Service Date | User | Description | Amount | Balance |
|---|---|---|---|---|---|
| 02/03/2020 | | LD | APPLIED TO PRE-PAY CREDIT | $40.00 | |
| 12/03/2019 | | KP | Insurance Payment [31.55] zzMedicare Humana Gold HMO; Check; Insurance Plan ID: 1027<br>Batch: 89204 LB 807 | ($31.55) | |
| 12/03/2019 | 11/18/2019 | KP | APPLIED TO CHARGE: 99213 [205.00 x 1] Billable: Kachoris, John P. MD; Rendering: Kachoris, John P. MD<br>Practice Location: Riverhills Neurology Fourth Floor; Service Location: Riverhills Neurology Fourth Floor; Referring: Gall, Ronald M. MD<br>[331.0, 300.00, 311; G30.9, F02.80, F41.9, F32.9] CoPay: $40.00; Visit Type: Office Visit; Visit ID: 758767; Stmt Recipient: Kenneth Schmidt<br>Est Outpt Expand Low Complex<br>ClaimID: 928281; Deductible: $0.00 ; Co-Pay: $40.00 ; Co-Ins: $0.00 | $31.55 | |
| 11/18/2019 | | LD | Patient Payment [40.00]; Cash; copay; CoPay VisitID: 758767<br>Batch: 88789 11182019LP | ($40.00) | |
| 11/20/2019 | 11/18/2019 | RS | SERVICE LINE TRANSFER - APPLIED TO CHARGE: 99213 [205.00 x 1] Billable: Kachoris, John P. MD; Rendering: Kachoris, John P. MD<br>Practice Location: Riverhills Neurology Fourth Floor; Service Location: Riverhills Neurology Fourth Floor; Referring: Gall, Ronald M. MD<br>[331.0, 300.00, 311; G30.9, F02.80, F41.9, F32.9] CoPay: $40.00; Visit Type: Office Visit; Visit ID: 758767; Stmt Recipient: Kenneth Schmidt<br>Est Outpt Expand Low Complex | $40.00 | |
| 11/20/2019 | | RS | UNAPPLIED FROM PRE-PAY CREDIT [DUE TO SERVICE LINE TRANSFER] | ($40.00) | |
| 11/18/2019 | | LD | APPLIED TO PRE-PAY CREDIT | $40.00 | |
| 05/29/2019 | | KP | Insurance Payment [31.55] zzMedicare Humana Gold HMO; Check; 009000011717587; Insurance Plan ID: 1027 (ERA)<br>Batch: 84447 PAYMENTS | ($31.55) | |
| 05/29/2019 | 05/21/2019 | KP | APPLIED TO CHARGE: 99213 [205.00 x 1] Billable: Zadikoff, Colin MD; Rendering: Zadikoff, Colin MD<br>Practice Location: Riverhills Neurology Fourth Floor; Service Location: Riverhills Neurology Fourth Floor; Referring: Gall, Ronald M. MD<br>[333.1, 294.8, 311; G25.0, F03.90, F32.9] CoPay: $0.00; Visit Type: Office Visit; Visit ID: 720510; Stmt Recipient: Kenneth Schmidt<br>Est Outpt Expand Low Complex<br>ClaimID: 879677; Deductible: $0.00 ; Co-Pay: $40.00 ; Co-Ins: $0.00 PR3: Co-payment Amount | $31.55 | |
| 05/21/2019 | | LS | Patient Payment [40.00]; Credit Card - Visa; copay; CoPay VisitID: 720510<br>Batch: 84265 05212019LP | ($40.00) | |

**Schmidt, Kenneth H. [203797]**
**8771 Carousel Park Circle**
**Cincinnati, OH 45251**

**Account Information Report**
**Include: Payments - All**
**Show: Expanded Details**



| Posting Date | Service Date | User | Description | Amount | Balance |
|---|---|---|---|---|---|
| 05/30/2019 | 05/21/2019 | MS | SERVICE LINE TRANSFER - APPLIED TO CHARGE: 99213 [205.00 x 1] Billable: Zadikoff, Colin MD; Rendering: Zadikoff, Colin MD<br>Practice Location: Riverhills Neurology Fourth Floor; Service Location: Riverhills Neurology Fourth Floor; Referring: Gall, Ronald M. MD<br>[333.1, 294.8, 311; G25.0, F03.90, F32.9] CoPay: $0.00; Visit Type: Office Visit; Visit ID: 720510; Stmt Recipient: Kenneth Schmidt<br>Est Outpt Expand Low Complex | $40.00 | |
| 05/30/2019 | | MS | UNAPPLIED FROM PRE-PAY CREDIT [DUE TO SERVICE LINE TRANSFER] | ($40.00) | |
| 05/21/2019 | | LS | APPLIED TO PRE-PAY CREDIT | $40.00 | |