IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| ATLANTIC COAST LIFE INSURANCE COMPANY, | ) | CASE NO. 1:25-CV-00706 |
| Plaintiff, | ) | JUDGE McFARLAND |
| Vs. | ) | |
| DENISE GAWAJEK, et al., | ) | **DECLARATION OF CHRISTOPHER J. MULVANEY** |
| Defendants. | ) | |

1. My name is Christopher J. Mulvaney, and I make this Declaration upon personal knowledge, and I am competent to testify herein;

2. I am trial counsel for Defendants Jeffrey K. Schmidt, Kerri A. Schmidt, and Kelly Hesketh in the above-captioned case;

3. I have been practicing law in Ohio for nearly 29 years;

4. To fully respond to the Motion for Summary Judgment filed by Defendant Loretta Schmidt, Defendants (including Denise Gawelek) need the following discovery:

   (a) Discovery relating to the mental and physical condition of Decedent Kenneth Schmidt between July 2022 and the time of his death in 2025, including medical records from Trihealth/Grouphealth that have previously been requested;

   (b) Completion of the handwriting analysis of Mr. Schmidt's handwriting and submission of the expert report, which is not due until October 30, 2026;

   (c) The deposition of Defendant Loretta Schmidt; and

   (d) The deposition of Kenneth Stanfield of Wealth Retirement Group, LLC.

5. This is not an exhaustive list of discovery. This is the discovery that I can think of at the moment. As Defendants research the claims of Defendant Loretta Schmidt further, additional defenses may become apparent that require additional discovery.

I declare on this 19th day of October 2026 under penalty of perjury that the foregoing is true and correct.

*/s/ Christopher J. Mulvaney*
Christopher J. Mulvaney