# Declaration of Jeffrey Nye

1. I am counsel for defendant Loretta Schmidt in Southern District of Ohio case no. 1:25-cv-00706.
2. This declaration is made in response to the defendants' Rule 56(d) motion for additional time (doc. 24) to respond to Loretta's MSJ (doc. 23).
3. On the morning of Friday, October 30, 2026, I received from attorney Chris Mulvaney (who is counsel of record for Kelly Hesketh, Kerri Schmidt, and Jeff Schmdit) an email that said he was disclosing Ashley Smucker as a handwriting expert, and he attached a copy of Ms. Smucker's putative expert report.
4. On page 1 of that report, Ms. Smucker states that she was retained by Attorney Mulvaney "On October 19, 2026."
5. Ms. Smucker's report identifies more than 20 documents that she reviewed in formulating her report, but that list does not include the affidavit of Ken Stanfield (doc. 21-1).
6. Ms. Smucker's report identifies a list of assumptions made in formulating her report, but it does not identify any facts she relied on (other than the documents), and in particular the report does not disclose whether she was advised that Ken Stanfield has sworn under oath in his affidavit that he personally observed Ken Schmidt sign the documents in question.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 30, 2026.

*/s/ Jeffrey M. Nye*
Jeffrey M. Nye