IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| ATLANTIC COAST LIFE INSURANCE COMPANY, | ) | CASE NO. 1:25-CV-00706 |
| | ) | JUDGE McFARLAND |
| Plaintiff, | ) | |
| Vs. | ) | **NOTICE OF DEFENDANT DENISE GAWELEK'S JOINDER IN DEFENDANTS JEFFREY K. SCHMIDT, KERRI A. SCHMIDT, AND KELLY HESKETH'S REPLY MEMORANDUM IN SUPPORT OF JOINT MOTION TO DENY DEFENDANT LORETTA SCHMIDT'S MOTION FOR SUMMARY JUDGMENT WITHOUT PREJUDICE AND ALLOW TIME TO ENGAGE IN DISCOVERY PURSUANT TO FED. R. CIV. P. 56(d)** |
| DENISE GAWAJEK, et al., | ) | |
| Defendants. | ) | |

NOW COMES Defendant Denise Gawelek, by and through her undersigned counsel, by and through her undersigned counsel, and hereby joins in the Reply Memorandum filed by Defendants Jeffrey K. Schmidt, Kerri A. Schmidt, and Kelly Hesketh in support of their Joint Motion to Deny Defendant Loretta Schmidt's Motion for Summary Judgment Without Prejudice and Allow Time to Engage in Discovery Pursuant to Fed. R. Civ. P. 56(D).

Respectfully submitted,

KRUEGER AND VALENTE LAW, LLC

*/s/ Jeffrey W. Krueger*
Jeffrey W. Krueger (Bar No. 0030093)
Email: JWKrueger@KandV-Law.com
11925 Pearl Road, Suite 201
Strongsville, Ohio 44136
Telephone: (440) 732-2100
Fax: (440) 740-8800

*Counsel for Defendant Denise Gawelek*

**CERTIFICATE OF SERVICE**

I hereby certify that, on November 13, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Respectfully submitted,

KRUEGER AND VALENTE LAW, LLC

*/s/ Jeffrey W. Krueger*

Jeffrey W. Krueger (Bar No. 0030093)
Email: JWKrueger@KandV-Law.com
11925 Pearl Road, Suite 201
Strongsville, Ohio 44136
Telephone: (440) 732-2100
Fax: (440) 740-8800

***Counsel for Defendant Denise Gawelek***